## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

## (ROANOKE DIVISION)

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA;  THE STATE OF ALABAMA, EX REL. LUTHER STRANGE, in his official capacity as the Attorney General of Alabama; ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT; THE COMMONWEALTH OF KENTUCKY, ENERGY AND ENVIRONMENT CABINET; THE STATE OF TENNESSEE, EX REL. HERBERT H. SLATERY III, in his official capacity as the Attorney General and Reporter of Tennessee; and THE COMMONWEALTH OF VIRGINIA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:16-cv-00462-GEC |
| Plaintiffs, | ) ) | NOTICE OF LODGING OF CONSENT DECREE |
| v. | ) ) | |
| SOUTHERN COAL CORPORATION; JUSTICE COAL OF ALABAMA, LLC; A & G COAL CORPORATION; FOUR STAR RESOURCES LLC; INFINITY ENERGY, INC.; KENTUCKY FUEL CORPORATION; SEQUOIA ENERGY, LLC; VIRGINIA FUEL CORPORATION; NATIONAL COAL, LLC; PREMIUM COAL COMPANY, INCORPORATED; S AND H MINING INC.; AIRWAY RESOURCES, L.L.C.; BADEN RECLAMATION COMPANY; BLACK RIVER COAL, LLC; CHESTNUT LAND HOLDINGS, LLC; MEG-LYNN LAND COMPANY, INC.; NINE MILE MINING, INC.; CANE PATCH MINING CO., INC.; BLUESTONE RESOURCES INC.; DYNAMIC ENERGY, INC.; GREENTHORN, LLC; JUSTICE HIGHWALL MINING, INC.; NATIONAL RESOURCES, INC.; NUFAC MINING COMPANY, INC.; PAY CAR MINING, INC.; SECOND STERLING CORP.; AND NEWGATE DEVELOPMENT OF BECKLEY LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' EXHIBIT B**

The United States hereby gives notice of lodging of a proposed Consent Decree in the above-captioned action.  The attached proposed Consent Decree will resolve all claims alleged by the United States against the Defendants in the Complaint in this action, filed simultaneously with this Notice of Lodging.

The United States respectfully requests that the Court not sign the proposed Consent Decree at this time.  Instead, consistent with Department of Justice policy, 28 C.F.R. § 50.7, the United States will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court.  The Notice will solicit public comment for a period of 30 days. During the comment period, no action is required by the Court.  If, after review and evaluation of any comments received, the United States continues to believe that the Consent Decree is fair, reasonable, and in the public interest, it will move the Court to enter the Consent Decree.

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice


*/s/ Lori Jonas*
LORI JONAS (CA Bar No.: 158268)
Senior Attorney
Tel: (202) 514-4080
Email: lori.jonas@usdoj.gov

LESLIE ALLEN (Wash. DC Bar No.: 421354)
Senior Attorney
Tel: (202) 514-4114
Email: leslie.allen@usdoj.gov

2

**PLAINTIFFS' EXHIBIT B**

LEIGH P. RENDÉ  (PA Bar No.: 203452)
Trial Attorney
Tel: (202) 514-1461
Email: leigh.rende@usdoj.gov

PATRICK CASEY (FL Bar No.: 731048)
Senior Counsel
Tel: (202) 514-1448
Email: patrick.casey@usdoj.gov

Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044


JOHN P. FISHWICK JR.
United States Attorney
Western District of Virginia

ANTHONY GIORNO (VSB No.: 15830)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
310 1st Street, SW
Room 906
Roanoke, VA 24011
Tel: 540-857-2906
Email: anthony.giorno@usdoj.gov

3

**PLAINTIFFS' EXHIBIT B**

OF COUNSEL:

MELISSA RAACK
Attorney-Advisor
U.S. Environmental Protection Agency
Office of Enforcement and Compliance Assurance
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

KAVITA K. NAGRANI
Associate Regional Counsel
U.S. Environmental Protection Agency, Region IV
61 Forsyth Street, S.W.
Atlanta, Georgia 30303

DOUG FRANKENTHALER
Associate Regional Counsel
U.S. Environmental Protection Agency, Region III
1650 Arch Street
Philadelphia, Pennsylvania 19103

**PLAINTIFFS' EXHIBIT B**

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2016, I served a true and correct copy of the

foregoing Notice of Lodging of Consent Decree and a copy of the Consent Decree by e-mail and

U.S. mail to:


Michael W. Carey
Benjamin Bryant
Carey, Scott, Douglas & Kessler, PLLC
901 Chase Tower
707 Virginia Street, East
P.O. Box 913
Charlestown, West Virginia 25323
Email: mwcarey@cslawfirm.com

Robert Tambling
Assistant Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130-1463
Email: rtambling@ago.state,al.us

Schuyler K. Espy
Associate General Counsel
Alabama Department of Environmental Management
P.O. Box 301463
Montgomery, Alabama 36130-1463
Email: sespy@adem.state.al.us

Lance Huffman
Kentucky Energy and Environment Cabinet
Office of General Counsel
2 Hudson Hollow
Frankfort, Kentucky 40601
Tel: (502) 564-2356 ext. 776
Email: lance.huffman@ky.gov

**PLAINTIFFS' EXHIBIT B**

Wilson S. Buntin
Senior Counsel
Tennessee Attorney General's Office
Environmental Division
P.O. Box 20207
Nashville. TN 37202
Email: wilson.buntin@ag.tn.gov


Paul Kugelman, Jr. (VSB No.: 41624)
Senior Assistant Attorney General
Office of the Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Email: pkugelman@oag.state.va.us


*/s/ Lori Jonas*
Patrick Casey
Senior Counsel
Department of Justice

6

**PLAINTIFFS' EXHIBIT B**