Appendix F: U.S. v. Southern Coal Corporation - Violations

| Permittee | NPDES Permit Number | Outfall | Monitoring Date | Parameter Name | Sample Type | Permit Limit | Actual Value |
|---|---|---|---|---|---|---|---|
| Bluestone Coal Corporation | WV1005944 | 003 | 4/30/2015 | Aluminum, Total | Monthly Average | 0.43 | 2.95 |
| Bluestone Coal Corporation | WV1005944 | 003 | 4/30/2015 | Iron | Monthly Average | 3 | 4.09 |
| Bluestone Coal Corporation | WV1005944 | 003 | 4/30/2015 | TSS | Daily Maximum | 70 | 85.00 |
| Bluestone Coal Corporation | WV1005944 | 003 | 4/30/2015 | TSS | Monthly Average | 35 | 85.00 |
| Bluestone Coal Corporation | WV1005995 | 001 | 2/28/2011 | Aluminum, Total | Daily Maximum | 0.75 | 0.96 |
| Bluestone Coal Corporation | WV1005995 | 001 | 2/28/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.53 |
| Bluestone Coal Corporation | WV1005995 | 001 | 3/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 7.41 |
| Bluestone Coal Corporation | WV1005995 | 001 | 3/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 3.77 |
| Bluestone Coal Corporation | WV1005995 | 001 | 3/31/2011 | Iron | Daily Maximum | 2.46 | 4.34 |
| Bluestone Coal Corporation | WV1005995 | 001 | 3/31/2011 | Iron | Monthly Average | 1.42 | 2.29 |
| Bluestone Coal Corporation | WV1005995 | 001 | 3/31/2011 | TSS | Daily Maximum | 70 | 98.00 |
| Bluestone Coal Corporation | WV1005995 | 001 | 3/31/2011 | TSS | Monthly Average | 35 | 51.00 |
| Bluestone Coal Corporation | WV1005995 | 001 | 7/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.45 |
| Bluestone Coal Corporation | WV1005995 | 001 | 10/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.07 |
| Bluestone Coal Corporation | WV1005995 | 001 | 10/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.71 |
| Bluestone Coal Corporation | WV1005995 | 001 | 4/30/2012 | Aluminum, Total | Daily Maximum | 0.75 | 1.53 |
| Bluestone Coal Corporation | WV1005995 | 001 | 4/30/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.86 |
| Bluestone Coal Corporation | WV1005995 | 001 | 7/31/2012 | Aluminum, Total | Daily Maximum | 0.75 | 1.06 |
| Bluestone Coal Corporation | WV1005995 | 001 | 7/31/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.62 |
| Bluestone Coal Corporation | WV1005995 | 001 | 5/31/2013 | Aluminum, Total | Daily Maximum | 0.75 | 2.36 |
| Bluestone Coal Corporation | WV1005995 | 001 | 5/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 0.53 |
| Bluestone Coal Corporation | WV1005995 | 001 | 5/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 1.26 |
| Bluestone Coal Corporation | WV1006304 | 001 | 4/30/2012 | Aluminum, Total | Daily Maximum | 0.75 | 0.821 |
| Bluestone Coal Corporation | WV1006304 | 001 | 4/30/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.468 |
| Bluestone Coal Corporation | WV1006304 | 001 | 12/31/2012 | Aluminum, Total | Daily Maximum | 0.75 | 1.05 |
| Bluestone Coal Corporation | WV1006304 | 001 | 12/31/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.641 |
| Bluestone Coal Corporation | WV1006304 | 001 | 2/28/2013 | Aluminum, Total | Daily Maximum | 0.75 | 2.16 |
| Bluestone Coal Corporation | WV1006304 | 001 | 2/28/2013 | Aluminum, Total | Monthly Average | 0.43 | 1.17 |
| Bluestone Coal Corporation | WV1006304 | 001 | 3/31/2013 | Aluminum, Total | Daily Maximum | 0.75 | 1.56 |
| Bluestone Coal Corporation | WV1006304 | 001 | 3/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 1.01 |
| Bluestone Coal Corporation | WV1006304 | 001 | 4/30/2013 | Aluminum, Total | Daily Maximum | 0.75 | 1.5 |
| Bluestone Coal Corporation | WV1006304 | 001 | 4/30/2013 | Aluminum, Total | Monthly Average | 0.43 | 0.544 |
| Bluestone Coal Corporation | WV1006304 | 001 | 1/31/2015 | pH | Daily Maximum | 9 | 9.45 |
| Bluestone Coal Corporation | WV1006304 | 001 | 6/30/2015 | Aluminum, Total | Daily Maximum | 0.75 | 7.08 |
| Bluestone Coal Corporation | WV1006304 | 001 | 6/30/2015 | Aluminum, Total | Monthly Average | 0.43 | 2.46 |
| Bluestone Coal Corporation | WV1006304 | 002 | 4/30/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.77 |
| Bluestone Coal Corporation | WV1006304 | 002 | 4/30/2011 | Aluminum, Total | Monthly Average | 0.43 | 1.11 |
| Bluestone Coal Corporation | WV1006304 | 002 | 4/30/2011 | TSS | Monthly Average | 35 | 40 |
| Bluestone Coal Corporation | WV1006304 | 002 | 5/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.467 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.52 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.842 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2011 | TSS | Daily Maximum | 70 | 83 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2011 | TSS | Monthly Average | 35 | 44.5 |
| Bluestone Coal Corporation | WV1006304 | 002 | 7/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 0.926 |
| Bluestone Coal Corporation | WV1006304 | 002 | 7/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.64 |

PLAINTIFFS' EXHIBIT C

Appendix F: U.S. v. Southern Coal Corporation - Violations

| Permittee | NPDES Permit Number | Outfall | Monitoring Date | Parameter Name | Sample Type | Permit Limit | Actual Value |
|---|---|---|---|---|---|---|---|
| Bluestone Coal Corporation | WV1006304 | 002 | 7/31/2011 | TSS | Monthly Average | 35 | 40 |
| Bluestone Coal Corporation | WV1006304 | 002 | 12/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.18 |
| Bluestone Coal Corporation | WV1006304 | 002 | 12/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.628 |
| Bluestone Coal Corporation | WV1006304 | 002 | 12/31/2011 | TSS | Monthly Average | 35 | 35.3 |
| Bluestone Coal Corporation | WV1006304 | 002 | 1/31/2012 | Aluminum, Total | Daily Maximum | 0.75 | 2 |
| Bluestone Coal Corporation | WV1006304 | 002 | 1/31/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.694 |
| Bluestone Coal Corporation | WV1006304 | 002 | 2/28/2013 | Aluminum, Total | Monthly Average | 0.43 | 0.597 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2013 | Aluminum, Total | Daily Maximum | 0.75 | 3.66 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 2.13 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2013 | Iron | Daily Maximum | 2.46 | 6.78 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2013 | Iron | Monthly Average | 1.42 | 3.27 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2013 | TSS | Daily Maximum | 70 | 1230 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2013 | TSS | Monthly Average | 35 | 473 |
| Bluestone Coal Corporation | WV1006304 | 002 | 5/31/2013 | Aluminum, Total | Daily Maximum | 0.75 | 2.01 |
| Bluestone Coal Corporation | WV1006304 | 002 | 5/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 1.05 |
| Bluestone Coal Corporation | WV1006304 | 002 | 5/31/2013 | TSS | Daily Maximum | 70 | 150 |
| Bluestone Coal Corporation | WV1006304 | 002 | 5/31/2013 | TSS | Monthly Average | 35 | 49.2 |
| Bluestone Coal Corporation | WV1006304 | 002 | 11/30/2013 | Aluminum, Total | Daily Maximum | 0.75 | 0.91 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2014 | Aluminum, Total | Daily Maximum | 0.75 | 0.792 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2014 | Aluminum, Total | Monthly Average | 0.43 | 0.552 |
| Bluestone Coal Corporation | WV1006304 | 002 | 1/31/2015 | pH | Daily Maximum | 9 | 9.43 |
| Bluestone Coal Corporation | WV1006304 | 002 | 2/28/2015 | Aluminum, Total | Monthly Average | 0.43 | 0.488 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2015 | Aluminum, Total | Daily Maximum | 0.75 | 2.5 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2015 | Aluminum, Total | Monthly Average | 0.43 | 2.46 |
| Bluestone Coal Corporation | WV1006304 | 002 | 3/31/2015 | Iron | Monthly Average | 1.42 | 1.73 |
| Bluestone Coal Corporation | WV1006304 | 002 | 4/30/2015 | Aluminum, Total | Daily Maximum | 0.75 | 0.941 |
| Bluestone Coal Corporation | WV1006304 | 002 | 4/30/2015 | Aluminum, Total | Monthly Average | 0.43 | 0.528 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2015 | Aluminum, Total | Daily Maximum | 0.75 | 10.9 |
| Bluestone Coal Corporation | WV1006304 | 002 | 6/30/2015 | Aluminum, Total | Monthly Average | 0.43 | 3.67 |
| Bluestone Coal Corporation | WV1006304 | 003 | 6/30/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.485 |
| Bluestone Coal Corporation | WV1006304 | 003 | 3/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 0.475 |
| Bluestone Coal Corporation | WV1006304 | 003 | 1/31/2015 | pH | Daily Maximum | 9 | 9.7 |
| Bluestone Coal Corporation | WV1006304 | 003 | 3/31/2015 | Selenium | Monthly Average | 4.7 | 4.71 |
| Bluestone Coal Corporation | WV1006304 | 003 | 6/30/2015 | Aluminum, Total | Daily Maximum | 0.75 | 2.59 |
| Bluestone Coal Corporation | WV1006304 | 003 | 6/30/2015 | Aluminum, Total | Monthly Average | 0.43 | 0.845 |
| Bluestone Coal Corporation | WV1006304 | 004 | 4/30/2013 | Aluminum, Total | Daily Maximum | 0.75 | 0.775 |
| Bluestone Coal Corporation | WV1006304 | 005 | 5/31/2013 | Aluminum, Total | Daily Maximum | 0.75 | 0.874 |
| Bluestone Coal Corporation | WV1006304 | 005 | 5/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 0.485 |
| Bluestone Coal Corporation | WV1006304 | 005 | 1/31/2015 | pH | Daily Maximum | 9 | 9.47 |
| Bluestone Coal Corporation | WV1006304 | 005 | 2/28/2015 | Aluminum, Total | Daily Maximum | 0.75 | 1.84 |
| Bluestone Coal Corporation | WV1006304 | 005 | 2/28/2015 | Aluminum, Total | Monthly Average | 0.43 | 1.01 |
| Bluestone Coal Corporation | WV1006304 | 005 | 2/28/2015 | Iron | Daily Maximum | 2.46 | 2.6 |
| Bluestone Coal Corporation | WV1006304 | 005 | 2/28/2015 | Iron | Monthly Average | 1.42 | 1.43 |
| Bluestone Coal Corporation | WV1006304 | 005 | 3/31/2015 | Aluminum, Total | Daily Maximum | 0.75 | 0.845 |
| Bluestone Coal Corporation | WV1006304 | 005 | 3/31/2015 | Aluminum, Total | Monthly Average | 0.43 | 0.447 |

PLAINTIFFS' EXHIBIT C

Appendix F: U.S. v. Southern Coal Corporation - Violations

| Permittee | NPDES Permit Number | Outfall | Monitoring Date | Parameter Name | Sample Type | Permit Limit | Actual Value |
|---|---|---|---|---|---|---|---|
| Bluestone Coal Corporation | WV1006304 | 006 | 12/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.49 |
| Bluestone Coal Corporation | WV1006304 | 006 | 12/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.793 |
| Bluestone Coal Corporation | WV1006304 | 006 | 12/31/2011 | TSS | Daily Maximum | 70 | 88 |
| Bluestone Coal Corporation | WV1006304 | 006 | 12/31/2011 | TSS | Monthly Average | 35 | 36.7 |
| Bluestone Coal Corporation | WV1006304 | 006 | 4/30/2012 | Aluminum, Total | Daily Maximum | 0.75 | 1.1 |
| Bluestone Coal Corporation | WV1006304 | 006 | 4/30/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.676 |
| Bluestone Coal Corporation | WV1006304 | 006 | 11/30/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.486 |
| Bluestone Coal Corporation | WV1006304 | 006 | 1/31/2015 | pH | Daily Maximum | 9 | 9.11 |
| Bluestone Coal Corporation | WV1006304 | 007 | 4/30/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.09 |
| Bluestone Coal Corporation | WV1006304 | 007 | 4/30/2011 | Aluminum, Total | Monthly Average | 0.43 | 1.09 |
| Bluestone Coal Corporation | WV1006304 | 007 | 5/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.24 |
| Bluestone Coal Corporation | WV1006304 | 007 | 5/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.775 |
| Bluestone Coal Corporation | WV1006304 | 007 | 12/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 0.763 |
| Bluestone Coal Corporation | WV1006304 | 007 | 12/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.719 |
| Bluestone Coal Corporation | WV1006304 | 007 | 4/30/2012 | Aluminum, Total | Daily Maximum | 0.75 | 0.929 |
| Bluestone Coal Corporation | WV1006304 | 007 | 4/30/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.554 |
| Bluestone Coal Corporation | WV1006304 | 007 | 7/31/2012 | Aluminum, Total | Daily Maximum | 0.75 | 1.19 |
| Bluestone Coal Corporation | WV1006304 | 007 | 7/31/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.792 |
| Bluestone Coal Corporation | WV1006304 | 007 | 8/31/2012 | Aluminum, Total | Daily Maximum | 0.75 | 1.12 |
| Bluestone Coal Corporation | WV1006304 | 007 | 8/31/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.804 |
| Bluestone Coal Corporation | WV1006304 | 007 | 9/30/2012 | Aluminum, Total | Daily Maximum | 0.75 | 1.07 |
| Bluestone Coal Corporation | WV1006304 | 007 | 9/30/2012 | Aluminum, Total | Monthly Average | 0.43 | 0.693 |
| Bluestone Coal Corporation | WV1006304 | 007 | 1/31/2013 | Aluminum, Total | Daily Maximum | 0.75 | 1.03 |
| Bluestone Coal Corporation | WV1006304 | 007 | 1/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 0.815 |
| Bluestone Coal Corporation | WV1006304 | 007 | 3/31/2013 | Aluminum, Total | Daily Maximum | 0.75 | 1.14 |
| Bluestone Coal Corporation | WV1006304 | 007 | 3/31/2013 | Aluminum, Total | Monthly Average | 0.43 | 0.699 |
| Bluestone Coal Corporation | WV1006304 | 007 | 1/31/2015 | pH | Daily Maximum | 9 | 9.52 |
| Bluestone Coal Corporation | WV1006304 | 007 | 5/31/2015 | Aluminum, Total | Daily Maximum | 0.75 | 0.902 |
| Bluestone Coal Corporation | WV1006304 | 007 | 5/31/2015 | Aluminum, Total | Monthly Average | 0.43 | 0.537 |
| Bluestone Coal Corporation | WV1006304 | 008 | 5/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 0.998 |
| Bluestone Coal Corporation | WV1006304 | 008 | 5/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.593 |
| Bluestone Coal Corporation | WV1006304 | 008 | 12/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.59 |
| Bluestone Coal Corporation | WV1006304 | 008 | 12/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.452 |
| Bluestone Coal Corporation | WV1006304 | 020 | 7/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.475 |
| Bluestone Coal Corporation | WV1006304 | 046 | 3/31/2015 | Selenium | Monthly Average | 4.7 | 6.26 |
| Bluestone Coal Corporation | WV1006347 | 001 | 10/31/2010 | Manganese | Monthly Average | 1 | 1.36 |
| Bluestone Coal Corporation | WV1006347 | 001 | 2/28/2011 | Aluminum, Total | Daily Maximum | 0.75 | 1.01 |
| Bluestone Coal Corporation | WV1006347 | 001 | 2/28/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.555 |
| Bluestone Coal Corporation | WV1006347 | 001 | 3/31/2011 | Aluminum, Total | Daily Maximum | 0.75 | 6.16 |
| Bluestone Coal Corporation | WV1006347 | 001 | 3/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 3.18 |
| Bluestone Coal Corporation | WV1006347 | 001 | 3/31/2011 | Iron | Daily Maximum | 2.46 | 3.76 |
| Bluestone Coal Corporation | WV1006347 | 001 | 3/31/2011 | Iron | Monthly Average | 1.42 | 2.015 |
| Bluestone Coal Corporation | WV1006347 | 001 | 3/31/2011 | TSS | Daily Maximum | 70 | 95 |
| Bluestone Coal Corporation | WV1006347 | 001 | 3/31/2011 | TSS | Monthly Average | 35 | 50 |
| Bluestone Coal Corporation | WV1006347 | 001 | 7/31/2011 | Aluminum, Total | Monthly Average | 0.43 | 0.55 |