| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3rd Quarter 2018 - Effluent Limit Violation Responses |

| Monitoring Site Information | | | | | Effluent Limit Violation Details | | | | | | | | Compliant Sample | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | State | NPDES Permit | SMCRA Permit | Outfall | Sample Date | Notification Date | Parameter | Result | Limit | Type | Explainations | Category | Sample Date | Result | |
| A&G Coal Corporation | VA | VA0081954 | 1101954 | 018 | 08/15/18 | 08/17/18 | Total Suspended Solids | 74.0000 | 70.0000 | Daily | Likely cause due to low pond volume and disturbace from rain events or possible outside influences. Evidence of bears present in the area, bear prints all over pond area. | N/A | 08/17/18 | 5.0000 | |
| A&G Coal Corporation | VA | VA0081954 | 1101954 | C | 07/02/18 | 08/16/18 | Total Suspended Solids | 51.0000 | 35.0000 | Monthly | Likely cause due to low pond volume and disturbace from rain events or possible outside influences. Evidence of bears present in nearby area. | 1 | Pending | Pending | No Discharge |
| Virginia Fuel Corporation | VA | VA0082068 | 1602068 | 005 | 07/24/18 | 08/13/18 | Total Suspended Solids | 43.0000 | 35.0000 | Monthly | Likely cause due to disturbance from high precipitation events. | 1 | 08/09/18 | 5.0000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | 017 | 07/17/18 | 08/16/18 | Total Suspended Solids | 47.0000 | 35.0000 | Monthly | Likely cause due to low pond volume and disturbance from high precipitation events. | 1 | 09/17/18 | 14.0000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 07/05/18 | 07/19/18 | Total Manganese | 4.1200 | 4.0000 | Daily | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | N/A | 07/23/18 | 3.2000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 07/17/18 | 07/24/18 | Total Manganese | 4.5200 | 4.0000 | Daily | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | 1 | 07/23/18 | 3.2000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 07/25/18 | 07/31/18 | Total Manganese | 4.4900 | 4.0000 | Daily | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | N/A | 08/01/18 | 3.1900 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 07/26/18 | 07/31/18 | Total Manganese | 4.1700 | 4.0000 | Daily | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | 1 | 08/01/18 | 3.1900 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 07/26/18 | 08/13/18 | Total Manganese | 3.4250 | 2.0000 | Monthly | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | 2 | 08/10/18 | 0.6100 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 08/02/18 | 08/21/18 | Total Manganese | 4.1300 | 4.0000 | Daily | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | N/A | 08/10/18 | 0.6100 | Not Notified within 48 hours |
| Virginia Fuel Corporation | VA | VA0082074 | 1602074 | 011 | 09/05/18 | 09/13/18 | Total Manganese | 6.6000 | 6.0000 | Daily | Lab sampled site at wrong location, not discharging as of 09/19/18. Believed did not discharge prior. | N/A | Pending | Pending | No Discharge |
| Virginia Fuel Corporation | VA | VA0082074 | 1602074 | 011 | 09/05/18 | 10/16/18 | Total Manganese | 6.6000 | 3.0000 | Monthly | Lab sampled site at wrong location, not discharging as of 09/19/18. Believed did not discharge prior. | 1 | Pending | Pending | No Discharge |
| Bluestone Coal Corporation | WV | WV1005979 | O006083, O007383 | 001 | 07/07/18 | 07/10/18 | Total Aluminum | 1.5470 | 0.7500 | Daily | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/11/18 | 0.2260 | |
| Bluestone Coal Corporation | WV | WV1005979 | O006083, O007383 | 001 | 07/27/18 | 08/06/18 | Total Aluminum | 0.5390 | 0.4300 | Monthly | Likely cause due to ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 08/09/18 | 0.1460 | |
| Bluestone Coal Corporation | WV | WV1005979 | O006083, O007383 | 001 | 07/07/18 | 07/10/18 | Total Iron | 2.6020 | 2.4600 | Daily | Likely cause due to high flow and ineffective treatment. | N/A | 07/11/18 | 0.1650 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 07/02/18 | 07/06/18 | Total Selenium | 8.3000 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/09/18 | 7.3700 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 07/12/18 | 08/06/18 | Total Selenium | 7.4600 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 09/06/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 08/18/18 | 09/11/18 | Total Selenium | 6.4200 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 09/06/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 09/18/18 | 10/10/18 | Total Selenium | 5.9550 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | Pending | Pending | No Compliant Sample Yet |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 07/02/18 | 07/06/18 | Total Selenium | 8.8700 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/09/18 | 5.4200 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 07/12/18 | 08/06/18 | Total Selenium | 7.1767 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 08/18/18 | 3.6100 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 08/18/18 | 09/11/18 | Total Selenium | 5.6225 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | Pending | Pending | No Compliant Sample Yet |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 09/18/18 | 10/10/18 | Total Selenium | 6.0500 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | Pending | Pending | No Compliant Sample Yet |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 07/02/18 | 07/06/18 | Total Selenium | 13.9200 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/18/18 | 3.2400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 07/09/18 | 07/10/18 | Total Selenium | 11.7300 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 07/18/18 | 3.2400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 07/12/18 | 07/16/18 | Total Selenium | 11.6300 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 07/18/18 | 3.2400 | Not Notified within 48 hours |
| Bluestone Coal Corporation | WV | WV1006304 | SMCRA S007282 | 007 | 08/01/18 | 08/03/18 | Total Selenium | 10.1600 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 08/18/18 | 5.2300 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 08/13/18 | 08/15/18 | Total Selenium | 14.2300 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 08/18/18 | 5.2300 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 08/16/18 | 08/17/18 | Total Selenium | 10.9000 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 08/18/18 | 5.2300 | |

**PLAINTIFFS' EXHIBIT F**

| | | Monitoring Site Information | | | | | Effluent Limit Violation Details | | | | | | Compliant Sample | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | State | NPDES Permit | SMCRA Permit | Outfall | Sample Date | Notification Date | Parameter | Result | Limit | Type | Explainations | Category | Sample Date | Result | Notes |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 09/04/18 | 09/05/18 | Total Selenium | 11.7500 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 09/06/18 | 6.4600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 09/14/18 | 09/17/18 | Total Selenium | 12.5200 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 09/18/18 | 09/20/18 | Total Selenium | 13.0600 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 09/20/18 | 09/21/18 | Total Selenium | 8.4400 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 07/18/18 | 08/06/18 | Total Selenium | 8.7240 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 08/18/18 | 09/11/18 | Total Selenium | 10.1300 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 09/20/18 | 10/10/18 | Total Selenium | 10.4460 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 07/02/18 | 07/06/18 | Total Selenium | 14.0200 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/09/18 | 7.9700 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 07/12/18 | 07/16/18 | Total Selenium | 12.2200 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/17/18 | 1.9500 | Not Notified within 48 hours |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 08/01/18 | 08/03/18 | Total Selenium | 12.4100 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 08/18/18 | 5.8400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 08/13/18 | 08/15/18 | Total Selenium | 11.5400 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 08/18/18 | 5.8400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 08/16/18 | 08/17/18 | Total Selenium | 9.6400 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 08/18/18 | 5.8400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 09/04/18 | 09/05/18 | Total Selenium | 11.9300 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 09/06/18 | 6.9100 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 09/14/18 | 09/17/18 | Total Selenium | 11.3300 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 09/20/18 | 7.1700 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 09/18/18 | 09/20/18 | Total Selenium | 10.4600 | 8.2000 | Daily | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 09/20/18 | 7.1700 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 07/18/18 | 08/06/18 | Total Selenium | 7.5900 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 10/04/18 | 3.8600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 08/18/18 | 09/11/18 | Total Selenium | 9.8575 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 10/04/18 | 3.8600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 09/20/18 | 10/10/18 | Total Selenium | 9.5600 | 4.7000 | Monthly | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options. | 2 | 10/04/18 | 3.8600 | |
| Bluestone Coal Corporation | WV | WV1006347 | U400788 | 001 | 09/26/18 | 10/10/18 | Total Aluminum | 0.4377 | 0.4300 | Monthly | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 10/09/18 | 0.3280 | |
| Pay Car Mining, Inc. | WV | WV1018663 | U401098 | 001 | 07/26/18 | 07/30/18 | Total Aluminum | 0.7510 | 0.7500 | Daily | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/31/18 | 0.2110 | Not Notified within 48 hours |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 001 | 09/26/18 | 10/10/18 | Total Aluminum | 0.4863 | 0.4300 | Monthly | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 10/18/18 | 0.2610 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 002 | 07/20/18 | 07/24/18 | Total Aluminum | 0.8360 | 0.7500 | Daily | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 07/25/18 | 0.1100 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 002 | 08/22/18 | 08/23/18 | Total Aluminum | 1.3320 | 0.7500 | Daily | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 08/24/18 | 0.1900 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 002 | 09/06/18 | 09/07/18 | Total Aluminum | 2.5450 | 0.7500 | Daily | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | N/A | 09/11/18 | 0.4690 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 002 | 09/10/18 | 09/12/18 | Total Aluminum | 0.8690 | 0.7500 | Daily | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 09/11/18 | 0.4690 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 002 | 09/20/18 | 10/10/18 | Total Aluminum | 0.9010 | 0.4300 | Monthly | Likely cause due to high flow and ineffective treatment. Working with NALCO consultant to determine treatment options. | 1 | 10/02/18 | 0.3060 | |

**PLAINTIFFS' EXHIBIT F**

| 4th Quarter 2018 - Effluent Limit Violation Responses ||||||||||||||
| Monitoring Site Information |||| | Effluent Limit Violation Details |||||| Sample || Notes |
| Company Name | State | NPDES Permit | SMCRA Permit | Outfall | Sample Date | Notification Date | Parameter | Result | Limit | Type | Category | Sample Date | Result | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Justice Coal of Alabama, LLC | AL | AL0062693 | P3877 | 006 | 11/07/18 | 11/20/18 | Total Suspended Solids | 72.0000 | 70.0000 | Daily | N/A | 11/21/18 | 7.0000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 10/09/18 | 10/19/18 | Total Manganese | 5.0100 | 4.0000 | Daily | N/A | 10/18/18 | 3.3700 | |
| Bluestone Coal Corporation | WV | WV1005995 | D001182, H062200 | 001 | 11/26/18 | 11/28/18 | Total Aluminum | 1.1770 | 0.7500 | Daily | N/A | 11/29/18 | 0.1390 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 002 | 10/01/18 | 10/02/18 | Total Aluminum | 9.1440 | 0.7500 | Daily | N/A | 10/03/18 | 0.4770 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 002 | 10/01/18 | 10/03/18 | Total Suspended Solids | 1024.0000 | 70.0000 | Daily | N/A | 10/03/18 | 43.0000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 002 | 10/01/18 | 10/02/18 | Total Iron | 18.1720 | 2.4600 | Daily | N/A | 10/03/18 | 0.7400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 10/01/18 | 10/02/18 | Total Selenium | 12.7800 | 8.2000 | Daily | 2 | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 10/03/18 | 10/04/18 | Total Selenium | 10.6800 | 8.2000 | Daily | 2 | 10/04/18 | 4.1400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 10/09/18 | 10/12/18 | Total Selenium | 10.7100 | 8.2000 | Daily | N/A | 10/18/18 | 5.9800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 10/12/18 | 10/15/18 | Total Selenium | 9.1800 | 8.2000 | Daily | 1 | 10/18/18 | 5.9800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 10/13/18 | 10/15/18 | Total Selenium | 9.0400 | 8.2000 | Daily | 2 | 10/18/18 | 5.9800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 10/16/18 | 10/17/18 | Total Selenium | 8.5500 | 8.2000 | Daily | 2 | 10/18/18 | 5.9800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 11/01/18 | 11/05/18 | Total Selenium | 14.0500 | 8.2000 | Daily | N/A | 11/06/18 | 5.7400 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 11/12/18 | 11/15/18 | Total Selenium | 10.8700 | 8.2000 | Daily | N/A | 12/15/18 | 5.5600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 12/03/18 | 12/06/18 | Total Selenium | 11.2100 | 8.2000 | Daily | 2 | 12/15/18 | 5.5600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 12/13/18 | 12/14/18 | Total Selenium | 12.4500 | 8.2000 | Daily | 2 | 12/15/18 | 5.5600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 10/01/18 | 10/02/18 | Total Selenium | 10.8400 | 8.2000 | Daily | N/A | 10/04/18 | 3.8600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 10/03/18 | 10/04/18 | Total Selenium | 9.0900 | 8.2000 | Daily | 1 | 10/04/18 | 3.8600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 10/12/18 | 10/15/18 | Total Selenium | 12.0200 | 8.2000 | Daily | N/A | 11/06/18 | 3.7900 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 10/16/18 | 10/17/18 | Total Selenium | 11.6900 | 8.2000 | Daily | 1 | 11/06/18 | 3.7900 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 10/18/18 | 10/22/18 | Total Selenium | 11.8300 | 8.2000 | Daily | 2 | 11/06/18 | 3.7900 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 11/01/18 | 11/05/18 | Total Selenium | 11.7200 | 8.2000 | Daily | 2 | 11/06/18 | 3.7900 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 11/12/18 | 11/15/18 | Total Selenium | 10.5100 | 8.2000 | Daily | N/A | 12/15/18 | 5.2000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 12/03/18 | 12/06/18 | Total Selenium | 9.2800 | 8.2000 | Daily | 2 | 12/15/18 | 5.2000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 12/13/18 | 12/14/18 | Total Selenium | 9.7700 | 8.2000 | Daily | 2 | 12/15/18 | 5.2000 | |

**PLAINTIFFS' EXHIBIT F**

| 4th Quarter 2018 - Effluent Limit Violation Responses ||||||||||||||
| Monitoring Site Information |||| | Effluent Limit Violation Details |||||| | Sample || Notes |
| Company Name | State | NPDES Permit | SMCRA Permit | Outfall | Sample Date | Notification Date | Parameter | Result | Limit | Type | Category | Sample Date | Result | |
| Second Sterling Corporation | WV | WV0060216 | O008282, O008382 | 002 | 11/15/18 | 11/16/18 | Total Aluminum | 1.5670 | 0.6000 | Daily | N/A | 11/26/18 | 0.0390 | |
| Second Sterling Corporation | WV | WV0060216 | O008282, O008382 | 002 | 11/15/18 | 11/16/18 | Total Iron | 2.9010 | 1.6400 | Daily | N/A | 11/26/18 | 0.0720 | |
| Second Sterling Corporation | WV | WV0060216 | O008282, O008382 | 002 | 11/15/18 | 11/19/18 | Total Suspended Solids | 130.0000 | 70.0000 | Daily | N/A | 11/26/18 | 9.0000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 10/31/18 | 11/09/18 | Total Manganese | 3.2325 | 2.0000 | Monthly | 1 | 11/17/18 | 1.2000 | |
| Bluestone Coal Corporation | WV | WV1005995 | D001182, H062200 | 001 | 11/29/18 | 12/13/18 | Total Aluminum | 0.4837 | 0.4300 | Monthly | 1 | 12/06/18 | 0.2950 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 002 | 10/12/18 | 11/09/18 | Total Aluminum | 1.6778 | 0.4300 | Monthly | 1 | 11/12/18 | 0.1920 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 002 | 10/12/18 | 11/09/18 | Total Iron | 3.2403 | 1.4200 | Monthly | 1 | 11/12/18 | 0.2430 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 002 | 10/12/18 | 11/09/18 | Total Suspended Solids | 184.0000 | 35.0000 | Monthly | 1 | 11/12/18 | 15.0000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 10/12/18 | 11/09/18 | Total Selenium | 6.1300 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 11/12/18 | 12/13/18 | Total Selenium | 6.2000 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 12/13/18 | 01/12/19 | Total Selenium | 5.6100 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 10/12/18 | 11/09/18 | Total Selenium | 5.7900 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 11/12/18 | 12/13/18 | Total Selenium | 6.2450 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 12/13/18 | 01/12/19 | Total Selenium | 5.4400 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 10/18/18 | 11/09/18 | Total Selenium | 8.8825 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 11/12/18 | 12/13/18 | Total Selenium | 10.2200 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 12/15/18 | 01/12/19 | Total Selenium | 9.7400 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 10/18/18 | 11/09/18 | Total Selenium | 9.4129 | 4.7000 | Monthly | 2 | 11/06/18 | 3.7900 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 11/12/18 | 12/13/18 | Total Selenium | 8.6733 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 12/15/18 | 01/12/19 | Total Selenium | 8.0833 | 4.7000 | Monthly | 2 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1006347 | U400788 | 001 | 11/29/18 | 12/13/18 | Total Aluminum | 0.5467 | 0.4300 | Monthly | 1 | 12/06/18 | 0.2530 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 001 | 10/18/18 | 11/09/18 | Total Aluminum | 0.5575 | 0.4300 | Monthly | 2 | 11/11/18 | 0.2230 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 001 | 12/19/18 | 01/12/19 | Total Suspended Solids | 40.5000 | 35.0000 | Monthly | 1 | 01/08/19 | 29.0000 | |
| Bluestone Coal Corporation | WV | WV1018698 | U401398 | 001 | 12/22/18 | 01/12/19 | Total Aluminum | 0.6340 | 0.4300 | Monthly | 1 | Not Yet In-Compliance | | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 004 | 11/28/18 | 12/13/18 | Total Aluminum | 0.1147 | 0.0800 | Monthly | 1 | 01/07/19 | 0.0470 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 004 | 12/26/18 | 01/12/19 | Total Aluminum | 0.1600 | 0.0800 | Monthly | 2 | 01/07/19 | 0.0470 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 005 | 11/28/18 | 12/13/18 | Total Aluminum | 0.1740 | 0.0800 | Monthly | 1 | 12/12/18 | 0.0410 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 007 | 11/21/18 | 12/13/18 | Total Aluminum | 0.1647 | 0.0800 | Monthly | 1 | 12/20/18 | 0.0310 | |

**PLAINTIFFS' EXHIBIT F**

## 1st Quarter 2019 - Effluent Limit Violation Responses

| Company Name | State | NPDES Permit | SMCRA Permit | Outfall | Sample Date | Notification Date | Parameter | Result | Limit | Type | Explanations | Category | Compliant Sample Date | Result | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kentucky Fuel Corporation | KY | KYGE40925 | 8609015 | 007 | 02/08/19 | 02/12/19 | Total Iron | 8.3000 | 4.0000 | Daily | High amounts of rainfall before sampling | N/A | 02/19/2019 | 0.8300 | |
| Kentucky Fuel Corporation | KY | KYGE40925 | 8609015 | 007 | 02/19/19 | 04/02/19 | Total Iron | 4.5650 | 3.0000 | Monthly | High amounts of rainfall before sampling | Cat 1 | 03/06/19 | 0.9500 | |
| Kentucky Fuel Corporation | KY | KYGE40925 | 8609015 | 007 | 02/08/19 | 02/12/19 | Total Suspended Solids | 357.0000 | 70.0000 | Daily | High amounts of rainfall before sampling | N/A | 02/19/2019 | 12.0000 | |
| Kentucky Fuel Corporation | KY | KYGE40925 | 8609015 | 007 | 02/19/19 | 04/02/19 | Total Suspended Solids | 184.5000 | 35.0000 | Monthly | High amounts of rainfall before sampling | Cat 1 | 03/06/19 | 18.0000 | |
| A&G Coal Corporation | VA | VA0081914 | 1101914 | 011 | 02/22/19 | 02/28/19 | Total Suspended Solids | 118.0000 | 70.0000 | Daily | Increased amounts of rainfall before sampling | N/A | 02/28/2019 | 6.0000 | |
| A&G Coal Corporation | VA | VA0081914 | 1101914 | 011 | 02/28/19 | 04/02/19 | Total Suspended Solids | 45.3333 | 35.0000 | Monthly | Increased amounts of rainfall before sampling | Cat 1 | 03/04/2019 | 32.0000 | |
| A&G Coal Corporation | VA | VA0081914 | 1101914 | 014 | 02/15/19 | 02/20/19 | Total Suspended Solids | 114.0000 | 70.0000 | Daily | Increased amounts of rainfall before sampling | N/A | 02/21/2019 | 17.0000 | |
| A&G Coal Corporation | VA | VA0081914 | 1101914 | 014 | 02/21/19 | 02/28/19 | Total Suspended Solids | 116.0000 | 70.0000 | Daily | Increased amounts of rainfall before sampling | Cat 1 | 02/21/2019 | 17.0000 | |
| A&G Coal Corporation | VA | VA0081914 | 1101914 | 014 | 02/28/19 | 04/02/19 | Total Suspended Solids | 39.7500 | 35.0000 | Monthly | Increased amounts of rainfall before sampling | Cat 1 | 03/04/2019 | 22.0000 | |
| A&G Coal Corporation | VA | VA0082003 | 1102003 | A | 02/26/19 | 04/02/19 | Total Suspended Solids | 37.0000 | 35.0000 | Monthly | Increased amounts of rainfall before sampling for two of the samples, didn't pull enough samples to achieve compliant average | Cat 1 | 03/08/2019 | 5.0000 | |
| A&G Coal Corporation | VA | VA0082048 | 1302048 | 001 | 02/23/19 | 02/28/19 | Total Suspended Solids | 78.0000 | 70.0000 | Daily | High amounts of rainfall before sampling | N/A | 02/28/2019 | 5.0000 | |
| A&G Coal Corporation | VA | VA0082048 | 1302048 | 002 | 02/23/19 | 04/02/19 | Total Suspended Solids | 40.3333 | 35.0000 | Monthly | Increased amounts of rainfall before sampling for two of the samples, didn't pull enough samples to achieve compliant average | Cat 1 | 03/08/2019 | 12.0000 | |
| A&G Coal Corporation | VA | VA0082057 | 1502057 | A | 02/21/19 | 04/02/19 | Total Suspended Solids | 45.0000 | 35.0000 | Monthly | High amounts of rainfall before sampling | Cat 1 | 03/01/2019 | 19.0000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 03/25/19 | 04/15/19 | Total Iron | 4.0400 | 3.0000 | Monthly | Low flow pond, water is usally pumped into pond to dilute, power is off to pump | Cat 1 | | | |
| Chestnut Land Holdings LLC | WV | WV0091952 | U021483 | 017 | 02/11/19 | 02/13/19 | Total Suspended Solids | 175.0000 | 70.0000 | Daily | High amounts of rainfall before sampling | N/A | 02/14/2019 | 37.0000 | |
| Chestnut Land Holdings LLC | WV | WV0091952 | U021483 | 017 | 02/25/19 | 03/01/19 | Total Suspended Solids | 133.0000 | 70.0000 | Daily | High amounts of rainfall before sampling | N/A | 03/05/2019 | 3.0000 | |
| Chestnut Land Holdings LLC | WV | WV0091952 | U021483 | 017 | 02/25/19 | 04/02/19 | Total Suspended Solids | 67.1667 | 35.0000 | Monthly | High amounts of rainfall before sampling | Cat 1 | 03/11/2019 | 25.0000 | |
| Nufac Mining Company, Inc. | WV | WV0097446 | S402586 | 003 | 02/08/19 | 03/28/19 | Total Aluminum | 1.4500 | 0.7500 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | N/A | 03/12/2019 | 0.3400 | |
| Nufac Mining Company, Inc. | WV | WV0097446 | S402586 | 003 | 02/22/19 | 03/11/19 | Total Aluminum | 0.7800 | 0.7500 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | Cat 2 | 03/12/2019 | 0.3400 | |
| Nufac Mining Company, Inc. | WV | WV0097446 | S402586 | 003 | 02/22/19 | 04/02/19 | Total Aluminum | 0.7680 | 0.4300 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | Cat 1 | 03/12/2019 | 0.3400 | |
| Nufac Mining Company, Inc. | WV | WV0097446 | S402586 | 005 | 03/26/19 | 04/05/19 | Total Aluminum | 0.8000 | 0.7500 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | N/A | | | |
| Nufac Mining Company, Inc. | WV | WV0097446 | S402586 | 005 | 03/26/19 | 04/15/19 | Total Aluminum | 0.4450 | 0.4300 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | Cat 1 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 003 | 01/14/19 | 02/08/19 | Total Selenium | 5.8000 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 1 | 02/05/19 | 4.4000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 003 | 03/26/19 | 04/15/19 | Total Selenium | 5.3000 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 1 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 01/14/19 | 02/08/19 | Total Selenium | 6.6350 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 03/26/19 | 4.6000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 02/23/19 | 04/02/19 | Total Selenium | 5.4740 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 03/26/2019 | 4.6000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 03/22/19 | 04/15/19 | Total Selenium | 5.4333 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 01/14/19 | 02/08/19 | Total Selenium | 5.8700 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 02/23/19 | 3.4000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 02/23/19 | 04/02/19 | Total Selenium | 5.2560 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 03/11/2019 | 4.5000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 03/22/19 | 04/15/19 | Total Selenium | 4.8000 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 02/11/19 | 02/12/19 | Total Selenium | 0.8270 | 0.7500 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 02/14/2019 | 0.2630 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 01/02/19 | 01/03/19 | Total Selenium | 13.0000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 01/09/2016 | 7.4100 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 01/05/19 | 01/09/19 | Total Selenium | 8.7400 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 1 | 01/09/2016 | 7.4100 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 01/14/19 | 01/15/19 | Total Selenium | 12.1700 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 01/16/2019 | 8.1200 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 02/01/19 | 02/04/19 | Total Selenium | 13.0600 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 02/14/2019 | 5.5800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 02/05/19 | 02/07/19 | Total Selenium | 9.1600 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 1 | 02/14/2019 | 5.5800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 02/09/19 | 03/28/19 | Total Selenium | 9.1000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 02/14/2019 | 5.5800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 02/11/19 | 02/12/19 | Total Selenium | 10.9200 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 02/14/2019 | 5.5800 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 02/25/19 | 03/11/19 | Total Selenium | 9.6000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 03/14/2019 | 0.3000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 03/11/19 | 03/23/19 | Total Selenium | 9.6000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 1 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 03/22/19 | 03/29/19 | Total Selenium | 12.5000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 03/26/19 | 04/02/19 | Total Selenium | 9.0000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 1 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 03/30/19 | 04/15/19 | Total Selenium | 9.8000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 01/16/19 | 02/08/19 | Total Selenium | 9.8880 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 02/25/19 | 04/02/19 | Total Selenium | 9.5700 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 03/14/2019 | 0.3000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 03/26/19 | 04/15/19 | Total Selenium | 8.2400 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 01/02/19 | 01/03/19 | Total Selenium | 10.6700 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 01/05/2019 | 7.3900 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 01/14/19 | 01/15/19 | Total Selenium | 9.8500 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 01/16/2019 | 5.9100 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 02/01/19 | 02/04/19 | Total Selenium | 8.2500 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 02/05/2019 | 8.0100 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 02/10/19 | 03/28/19 | Total Selenium | 10.0000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | 02/11/2019 | 7.7600 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 03/22/19 | 03/29/19 | Total Selenium | 10.5000 | 8.2000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 01/16/19 | 02/08/19 | Total Selenium | 8.4550 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | 02/24/19 | 4.6000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 02/24/19 | 04/02/19 | Total Selenium | 7.7240 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 03/26/19 | 04/15/19 | Total Selenium | 7.3750 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 2 | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 049 | 03/12/19 | 03/29/19 | Total Selenium | 11.5000 | 4.7000 | Daily | Ineffective treatment, working with NALCO consultant to determine treatment options | N/A | | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 049 | 03/12/19 | 04/15/19 | Total Selenium | 8.1000 | 4.7000 | Monthly | Ineffective treatment, working with NALCO consultant to determine treatment options | Cat 1 | | | |
| Bluestone Coal Corporation | WV | WV1006614 | O403688, U403588 | 001 | 02/23/19 | 02/28/19 | Total Suspended Solids | 71.0000 | 70.0000 | Daily | High amounts of rainfall before sampling, increase treatment needed | N/A | 03/05/2019 | 6.3000 | |
| Bluestone Coal Corporation | WV | WV1006614 | O403688, U403588 | 001 | 02/23/19 | 04/02/19 | Total Suspended Solids | 39.6667 | 35.0000 | Monthly | High amounts of rainfall before sampling, increase treatment needed | Cat 1 | 03/05/2019 | 6.3000 | |
| Bluestone Coal Corporation | WV | WV1008838 | U402889 | 001 | 02/13/19 | 02/14/19 | Total Aluminum | 0.8530 | 0.7500 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | Cat 2 | 02/15/2019 | 0.0770 | |
| Bluestone Coal Corporation | WV | WV1008838 | U402889 | 001 | 02/15/19 | 04/02/19 | Total Aluminum | 0.4650 | 0.4300 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | Cat 1 | | | |
| Bluestone Coal Corporation | WV | WV1008838 | U402889 | 001 | 02/15/19 | 04/02/19 | Total Suspended Solids | 52.0000 | 35.0000 | Monthly | High amounts of rainfall before sampling, increase treatment needed | Cat 1 | | | |
| Kentucky Fuel Corporation | WV | WV1015389 | S300998 | 063 | 02/15/19 | 04/02/19 | Total Aluminum | 0.2570 | 0.2200 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Working with NALCO consultant to determine treatment options | Cat 1 | | | |
| Kentucky Fuel Corporation | WV | WV1015389 | S300998 | 063 | 02/15/19 | 02/18/19 | Total Iron | 1.6590 | 0.6900 | Daily | High amounts of rainfall before sampling, increase treatment needed | N/A | | | |
| Kentucky Fuel Corporation | WV | WV1015389 | S300998 | 063 | 02/15/19 | 04/02/19 | Total Iron | 1.6590 | 0.6900 | Monthly | High amounts of rainfall before sampling, increase treatment needed | Cat 1 | | | |
| Kentucky Fuel Corporation | WV | WV1015389 | S300998 | 063 | 02/15/19 | 04/02/19 | Total Manganese | 3.4190 | 2.0000 | Monthly | High amounts of rainfall before sampling, increase treatment needed | Cat 1 | | | |

**PLAINTIFFS' EXHIBIT F**

### 2nd Quarter 2019 - Effluent Limit Violation Responses

| Company Name | State | NPDES Permit | SMCRA Permit | Outfall | Sample Date | Notification Date | Parameter | Result | Limit | Type | Explainations | Category | Compliant Sample Date | Result | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A&G Coal Corporation | VA | VA0081916 | 1101916 | 004 | 06/07/19 | 06/12/19 | Total Suspended Solids | 119.0000 | 70.0000 | Daily | Increasing precipitation resulted in high TSS | N/A | 06/14/19 | 5.0000 | |
| A&G Coal Corporation | VA | VA0081916 | 1101916 | 004 | 06/22/19 | 07/11/19 | Total Suspended Solids | 49.5000 | 35.0000 | Monthly | Increasing precipitation resulted in high TSS | 1 | Pending | | |
| A&G Coal Corporation | VA | VA0081954 | 1101954 | C | 06/18/19 | 06/20/19 | Total Suspended Solids | 92.0000 | 70.0000 | Daily | Increasing precipitation resulted in high TSS | N/A | 06/23/19 | 5.0000 | |
| A&G Coal Corporation | VA | VA0081954 | 1101954 | C | 06/23/19 | 07/11/19 | Total Suspended Solids | 48.5000 | 35.0000 | Monthly | Increasing precipitation resulted in high TSS | 1 | Pending | | |
| A&G Coal Corporation | VA | VA0082052 | 1102052 | 11A | 05/08/19 | 06/05/19 | Total Selenium | 5.5000 | 5.0000 | Monthly | Ineffective treatment, working with NALCO consultant todetermine treatment options | 1 | 06/13/19 | 3.0000 | |
| Black River Coal, LLC | VA | VA0082094 | 1402094 | 005 | 06/07/19 | 06/13/19 | Total Suspended Solids | 100.0000 | 70.0000 | Daily | Increasing precipitation resulted in high TSS | N/A | 06/15/19 | 5.0000 | |
| Black River Coal, LLC | VA | VA0082094 | 1402094 | 005 | 06/17/19 | 07/11/19 | Total Suspended Solids | 38.3333 | 35.0000 | Monthly | Increasing precipitation resulted in high TSS | 1 | Pending | | |
| Virginia Fuel Corporation | VA | VA0082078 | 1602078 | 003 | 06/07/19 | 07/11/19 | Total Suspended Solids | 43.0000 | 35.0000 | Monthly | Increasing precipitation resulted in high TSS | 1 | Pending | | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 06/23/19 | 07/11/19 | Total Manganese | 2.2475 | 2.0000 | Monthly | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | 2 | Pending | | |
| Kentucky Fuel Corporation | KY | KYGE40875 | 8600505 | 006 | 04/30/19 | 05/03/19 | Total Manganese | 4.9050 | 2.0000 | Monthly | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | 1 | 05/06/19 | 1.7700 | |
| Kentucky Fuel Corporation | KY | KYGE40875 | 8600505 | 006 | 04/30/19 | 05/03/19 | Total Manganese | 8.1600 | 4.0000 | Daily | Low flow pond, water is usually pumped into pond to dilute, power is off to pump. | N/A | 05/06/19 | 1.7700 | |
| A&G Coal Corporation | VA | VA0081914 | 1101914 | 014 | 04/01/19 | 05/03/19 | Total Suspended Solids | 54.5000 | 35.0000 | Monthly | Increasing precipitation resulted in high TSS | 1 | 05/13/19 | 14.0000 | |
| A&G Coal Corporation | VA | VA0081914 | 1101914 | 014 | 04/01/19 | 04/03/19 | Total Suspended Solids | 202.0000 | 70.0000 | Daily | Increasing precipitation resulted in high TSS | N/A | 04/06/19 | 5.0000 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 04/30/19 | 05/03/19 | Total Iron | 4.0667 | 3.0000 | Monthly | Increasing precipitation resulted in high Fe | 2 | 05/16/19 | 0.6400 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 04/30/19 | 05/03/19 | Total Manganese | 2.3333 | 2.0000 | Monthly | High amounts of rainfall, caused pond turnover | 1 | 05/16/19 | 1.3500 | |
| Virginia Fuel Corporation | VA | VA0082073 | 1702073 | M-001A | 05/20/19 | 06/05/19 | Total Manganese | 2.2683 | 2.0000 | Monthly | High amounts of rainfall, caused pond turnover | 2 | 06/22/19 | 1.0600 | |
| Virginia Coal Corporation | VA | VA0082073 | 1702073 | MP-013 | 04/19/19 | 04/24/19 | Total Suspended Solids | 94.0000 | 70.0000 | Daily | Increasing precipitation resulted in high TSS | N/A | 04/25/19 | 5.0000 | |
| Bluestone Coal Corporation | WV | WV1005995 | D001182, H062200 | 001 | 06/19/19 | 06/25/19 | Total Aluminum | 5.0400 | 0.7500 | Daily | Increasing precipitation resulted in high Al | N/A | 06/24/19 | 12.0000 | |
| Bluestone Coal Corporation | WV | WV1005995 | D001182, H062200 | 001 | 06/27/19 | 07/11/19 | Total Aluminum | 1.3375 | 0.4300 | Monthly | Increasing precipitation resulted in high Al | 1 | Pending | | |
| Bluestone Coal Corporation | WV | WV1005995 | D001182, H062200 | 001 | 06/19/19 | 06/24/19 | Total Iron | 2.8100 | 2.4600 | Daily | Increasing precipitation resulted in high Fe | N/A | 06/24/19 | 0.1400 | |
| Greenthorn, LLC | WV | WV1020366 | H043600, S501300 | 003 | 05/17/19 | 06/05/19 | Total Aluminum | 0.5000 | 0.4300 | Monthly | High amounts of rainfall, caused strip runoff | | 06/03/19 | 0.1600 | |
| Greenthorn, LLC | WV | WV1020366 | H043600, S501300 | 003 | 05/17/19 | 05/23/19 | Total Aluminum | 0.9900 | 0.7500 | Daily | High amounts of rainfall, caused strip runoff | N/A | 05/24/19 | 0.1300 | |
| Second Sterling Corporation | WV | WV0060216 | O008282, O008382, U005284 | 002 | 05/24/19 | 06/05/19 | Total Aluminum | 0.3500 | 0.3400 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 1 | 06/03/19 | 0.1400 | |
| Bluestone Coal Corporation | WV | WV1006614 | O403688, U403588 | 001 | 06/19/19 | 06/25/19 | Total Aluminum | 3.1200 | 0.7500 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | N/A | 06/24/19 | 0.2600 | |
| Bluestone Coal Corporation | WV | WV1006614 | O403688, U403588 | 001 | 06/27/19 | 07/11/19 | Total Aluminum | 0.9600 | 0.4300 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 1 | Pending | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 001 | 04/12/19 | 05/03/19 | Total Selenium | 4.7500 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 1 | 05/24/19 | 3.0000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 003 | 04/25/19 | 05/03/19 | Total Selenium | 6.1500 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 2 | 05/24/19 | 3.8000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 04/25/19 | 05/03/19 | Total Selenium | 6.4500 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 2 | 06/15/19 | 3.8000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 005 | 05/24/19 | 06/05/19 | Total Selenium | 5.6333 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 2 | 06/10/19 | 4.3000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 006 | 04/15/19 | 05/03/19 | Total Selenium | 5.3000 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 2 | 05/09/19 | 4.2000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 04/25/19 | 05/03/19 | Total Selenium | 6.0500 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 2 | 06/07/19 | 0.4000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 04/25/19 | 05/03/19 | Total Selenium | 9.1000 | 8.2000 | Daily | Conducting selenium fish tissue test, working to increasse permit limits | N/A | 05/24/19 | 0.3300 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 05/24/19 | 06/05/19 | Total Selenium | 7.3500 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 2 | 06/07/19 | 0.4000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 05/24/19 | 06/05/19 | Total Selenium | 8.7000 | 8.2000 | Daily | Conducting selenium fish tissue test, working to increasse permit limits | N/A | 06/07/19 | 0.4000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 06/10/19 | 06/13/19 | Total Selenium | 9.8000 | 8.2000 | Daily | Conducting selenium fish tissue test, working to increasse permit limits | N/A | 06/29/19 | 5.0000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 06/26/19 | 06/28/19 | Total Selenium | 9.3000 | 8.2000 | Daily | Conducting selenium fish tissue test, working to increasse permit limits | 2 | 06/29/19 | 5.0000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 06/29/19 | 07/11/19 | Total Selenium | 8.0333 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 2 | Pending | | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 007 | 05/24/19 | 06/05/19 | Total Suspended Solids | 54.0000 | 35.0000 | Monthly | Increasing precipitation resulted in high TSS | 1 | 06/01/19 | 8.0000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 06/10/19 | 06/14/19 | Total Selenium | 8.9000 | 8.2000 | Daily | Conducting selenium fish tissue test, working to increasse permit limits | N/A | 06/16/19 | 4.5000 | |
| Bluestone Coal Corporation | WV | WV1006304 | S007282 | 008 | 06/16/19 | 07/11/19 | Total Selenium | 6.7000 | 4.7000 | Monthly | Conducting selenium fish tissue test, working to increasse permit limits | 1 | Pending | | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 002 | 04/03/19 | 04/20/19 | Total Aluminum | 0.2200 | 0.1400 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 1 | 04/23/19 | 0.0400 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 002 | 04/05/19 | 04/29/19 | Total Aluminum | 0.2100 | 0.1400 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 2 | 04/23/19 | 0.0400 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 002 | 04/24/19 | 05/03/19 | Total Aluminum | 0.1400 | 0.0800 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 2 | 05/25/19 | 0.0600 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 003 | 05/31/19 | 06/05/19 | Total Aluminum | 0.0900 | 0.0800 | Monthly | Increasing precipitation resulted in high Al | 1 | 06/07/19 | 0.0300 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 003 | 06/30/19 | 07/03/19 | Total Aluminum | 0.1700 | 0.1400 | Daily | Increasing precipitation resulted in high Al | N/A | Pending | | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 004 | 04/05/19 | 04/24/19 | Total Aluminum | 0.1500 | 0.1400 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | N/A | 04/25/19 | 0.0300 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 004 | 04/24/19 | 05/03/19 | Total Aluminum | 0.2275 | 0.0800 | Monthly | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 2 | 05/25/19 | 0.0500 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 004 | 04/24/19 | 05/03/19 | Total Aluminum | 0.6100 | 0.1400 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 1 | 04/25/19 | 0.0300 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 004 | 05/14/19 | 06/05/19 | Total Aluminum | 0.1367 | 0.0800 | Monthly | Increasing precipitation resulted in high Al | 2 | 06/20/19 | 0.0300 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 004 | 05/14/19 | 05/23/19 | Total Aluminum | 0.2900 | 0.1400 | Daily | Increasing precipitation resulted in high Al | N/A | 05/25/19 | 0.0500 | |
| Bluestone Coal Corporation | WV | WV1018965 | S400900 | 005 | 04/03/19 | 04/20/19 | Total Aluminum | 0.1600 | 0.1400 | Daily | Likely cause due to high sediment in pond, run-off from road, and ineffective treatment. Increasing treatment. | 1 | 04/05/19 | 0.0300 | |

**PLAINTIFFS' EXHIBIT F**

| 3rd Quarter 2019 - Effluent Limit Violations | | | | | | | | | | | | | Reported Values | | Permit Limits | | Exceedance | | Exceedance % | | Location | | Receiving Stream | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | State | Facility Name | NPDES Permit | SMCRA Permit | Site | Outfall | MPID (VA) | Structure | Sample Date | Notification Date | Parameter | Units | Month Avg or Min | Daily Max or Max | Month Avg or Min | Daily Max or Max | Month Avg or Min | Daily Max or Max | Month Avg or Min | Daily Max or Max | Latitude | Longitude | Immediate | Secondary | Other Information |
| Bluestone Coal Corporation | WV | No. 40 Mine, No. 39 Mine | WV1024159 | U402790, U402890 | | 002 | | Outfall | 07/03/19 | 07/11/19 | Total Aluminum | mg/l | 0.8900 | | 0.7500 | | | 1 | | 18.6667 | 37.46333 | -81.48278 | Laurel Branch | Elkhorn Creek | |
| Bluestone Coal Corporation | WV | Red Fox Strip - Multiple Seam | WV1006304 | S007282 | | 007 | | Outfall | 07/10/19 | 07/12/19 | Total Selenium | ug/l | | 9.0000 | | 8.2000 | | 1 | | 9.7561 | 37.21139 | -81.56333 | Jacob Fork | | |
| Bluestone Coal Corporation | WV | Red Fox Strip - Multiple Seam | WV1006304 | S007282 | | 049 | | Outfall | 07/10/19 | 07/16/19 | Total Selenium | ug/l | | 11.9000 | | 8.2000 | | 1 | | 45.1220 | 37.21556 | -81.55056 | Horsepen Creek | | |
| Virginia Fuel Corporation | VA | Eastern Strip / Darby Strip | VA0082078 | 1602078 | Pond 3 | 003 | 0002787 | On-Bench Pond | 07/22/19 | 07/29/19 | Total Iron | mg/l | | 9.7300 | | 6.0000 | | 1 | | 62.1667 | 36.86734 | -82.90581 | Meadow Branch | | |
| Virginia Fuel Corporation | VA | Eastern Strip / Darby Strip | VA0082078 | 1602078 | Pond 3 | 003 | 0002787 | On-Bench Pond | 07/22/19 | 07/26/19 | Total Suspended Solids | mg/l | | 144.0000 | | 70.0000 | | 1 | | 105.7143 | 36.86734 | -82.90581 | Meadow Branch | | |
| Chestnut Land Holdings, LLC | WV | Bishop/ Mine No. 36 | WV0091952 | U021483 | | 017 | | In-Stream Pond | 07/23/19 | 07/26/19 | Total Suspended Solids | mg/l | | 289.0000 | | 70.0000 | | 1 | | 312.8571 | 37.21111 | -81.56667 | Jacob Fork | | |
| Newgate Dev. Of Beckley | WV | Three Marie Mine | WV1026488 | S301411 | | 007 | | In-Stream Pond | 07/23/19 | 08/01/19 | Total Aluminum | mg/l | | 0.1500 | | 0.1400 | | 1 | | 7.1429 | 37.67444 | -81.31306 | Bailey Branch | Winding Gulf | |
| Bluestone Coal Corporation | WV | Red Fox Strip - Multiple Seam | WV1006304 | S007282 | | 007 | | Outfall | 08/06/19 | 08/16/19 | Total Selenium | ug/l | | 9.6000 | | 8.2000 | | 1 | | 17.0732 | 37.21139 | -81.56333 | Jacob Fork | | |
| Bluestone Coal Corporation | WV | Red Fox Strip - Multiple Seam | WV1006304 | S007282 | | 007 | | Outfall | 08/17/19 | 08/22/19 | Total Selenium | ug/l | | 9.9000 | | 8.2000 | | 1 | | 20.7317 | 37.21139 | -81.56333 | Jacob Fork | | |
| Bluestone Coal Corporation | WV | No. 26A Mine - Poca #11 | WV1005995 | D001182, H062200 | | 001 | | Outfall | 08/21/19 | 08/28/19 | Total Aluminum | mg/l | | 7.6600 | | 0.7500 | | 1 | | 921.3333 | 37.45139 | -81.44972 | Bottom Creek | | |
| Bluestone Coal Corporation | WV | No. 26A Mine - Poca #11 | WV1005995 | D001182, H062200 | | 001 | | Outfall | 08/21/19 | 08/28/19 | Total Iron | mg/l | | 9.5330 | | 2.4600 | | 1 | | 287.5203 | 37.45139 | -81.44972 | Bottom Creek | | |
| Bluestone Coal Corporation | WV | No. 26A Mine - Poca #11 | WV1005995 | D001182, H062200 | | 001 | | Outfall | 08/21/19 | 08/27/19 | Total Suspended Solids | mg/l | | 192.0000 | | 70.0000 | | 1 | | 174.2857 | 37.45139 | -81.44972 | Bottom Creek | | |
| Pinnacle Mining Company, LLC | WV | Ranger Fuel | WV0090000 | E002500,O013883, O400892,O401097,O402292,U020483 | | 082 | | Outfall | 08/23/19 | 08/30/19 | Total Manganese | mg/l | | 4.6400 | | 3.4700 | | 1 | | 33.7176 | 37.5375 | 81.494722 | Smith Branch | Pinnacle Creek | |
| Pinnacle Mining Company, LLC | WV | Ranger Fuel | WV0090000 | E002500,O013883, O400892,O401097,O402292,U020483 | | 082 | | Outfall | 08/23/19 | 08/30/19 | Total Aluminum | mg/l | | 0.9110 | | 0.7500 | | 1 | | 21.4667 | 37.5375 | 81.494722 | Smith Branch | Pinnacle Creek | |
| Bluestone Coal Corporation | WV | Red Fox Strip - Multiple Seam | WV1006304 | S007282 | | 008 | | Outfall | 09/16/19 | 09/19/19 | Total Selenium | ug/l | | 9.1000 | | 8.2000 | | 1 | | 10.9756 | 37.22417 | -81.57250 | Jacob Fork | | |

**PLAINTIFFS' EXHIBIT F**