Selenium Limit Violations
3rd Q 2018-3rd Q 2019
Reported by Bluestone

| | Date | Outlet | Limit | Type | Reported | Units | Category | Penalty | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/31/2018 | 005 | 4.7 | Avg | 7.4600 | µg/L | 1 | $3,000 | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options |
| 2 | 7/31/2018 | 006 | 4.7 | Avg | 7.1767 | µg/L | 1 | $3,000 | |
| 3 | 7/31/2018 | 007 | 4.7 | Avg | 8.7240 | µg/L | 1 | $3,000 | |
| 4 | 7/31/2018 | 008 | 4.7 | Avg | 7.5900 | µg/L | 1 | $3,000 | |
| 5 | 8/31/2018 | 005 | 4.7 | Avg | 6.4200 | µg/L | 2 | $4,500 | |
| 6 | 8/31/2018 | 006 | 4.7 | Avg | 5.6225 | µg/L | 2 | $4,500 | |
| 7 | 8/31/2018 | 007 | 4.7 | Avg | 10.1300 | µg/L | 2 | $4,500 | |
| 8 | 8/31/2018 | 008 | 4.7 | Avg | 9.8575 | µg/L | 2 | $4,500 | |
| 9 | 9/30/2018 | 005 | 4.7 | Avg | 5.9600 | µg/L | 2 | $4,500 | |
| 10 | 9/30/2018 | 006 | 4.7 | Avg | 6.0500 | µg/L | 2 | $4,500 | |
| 11 | 9/30/2018 | 007 | 4.7 | Avg | 10.4460 | µg/L | 2 | $4,500 | |
| 12 | 9/30/2018 | 008 | 4.7 | Avg | 9.5600 | µg/L | 2 | $4,500 | |
| 13 | 10/31/2018 | 005 | 4.7 | Avg | 6.1300 | µg/L | 2 | $4,500 | Not Yet In-Compliance |
| 14 | 10/31/2018 | 006 | 4.7 | Avg | 5.7900 | µg/L | 2 | $4,500 | |
| 15 | 10/31/2018 | 007 | 4.7 | Avg | 8.8825 | µg/L | 2 | $4,500 | |
| 16 | 10/31/2018 | 008 | 4.7 | Avg | 9.4129 | µg/L | 2 | $4,500 | |
| 17 | 11/30/2018 | 005 | 4.7 | Avg | 6.2000 | µg/L | 2 | $4,500 | |
| 18 | 11/30/2018 | 006 | 4.7 | Avg | 6.2400 | µg/L | 2 | $4,500 | |
| 19 | 11/30/2018 | 007 | 4.7 | Avg | 10.2200 | µg/L | 2 | $4,500 | |
| 20 | 11/30/2018 | 008 | 4.7 | Avg | 8.6733 | µg/L | 2 | $4,500 | |
| 21 | 12/31/2018 | 005 | 4.7 | Avg | 5.6100 | µg/L | 2 | $4,500 | |
| 22 | 12/31/2018 | 006 | 4.7 | Avg | 5.4400 | µg/L | 2 | $4,500 | |
| 23 | 12/31/2018 | 007 | 4.7 | Avg | 9.7400 | µg/L | 2 | $4,500 | |
| 24 | 12/31/2018 | 008 | 4.7 | Avg | 8.0800 | µg/L | 2 | $4,500 | |
| 25 | 1/31/2019 | 005 | 4.7 | Avg | 6.6350 | µg/L | 2 | $4,500 | Ineffective treatment, working with NALCO consultant to determine treatment options |
| 26 | 1/31/2019 | 006 | 4.7 | Avg | 5.8700 | µg/L | 2 | $4,500 | |
| 27 | 1/31/2019 | 007 | 4.7 | Avg | 9.8880 | µg/L | 2 | $4,500 | |
| 28 | 1/31/2019 | 008 | 4.7 | Avg | 8.4600 | µg/L | 2 | $4,500 | |
| 29 | 2/28/2019 | 006 | 4.7 | Avg | 5.2500 | µg/L | 2 | $4,500 | |
| 30 | 2/28/2019 | 007 | 4.7 | Avg | 9.5700 | µg/L | 2 | $4,500 | |
| 31 | 2/28/2019 | 008 | 4.7 | Avg | 7.7200 | µg/L | 2 | $4,500 | |
| 32 | 3/31/2019 | 005 | 4.7 | Avg | 5.4300 | µg/L | 2 | $4,500 | |
| 33 | 3/31/2019 | 006 | 4.7 | Avg | 4.8000 | µg/L | 2 | $4,500 | |
| 34 | 3/31/2019 | 007 | 4.7 | Avg | 8.2400 | µg/L | 2 | $4,500 | |
| 35 | 3/31/2019 | 008 | 4.7 | Avg | 7.3800 | µg/L | 2 | $4,500 | |
| 36 | 4/30/2019 | 005 | 4.7 | Avg | 6.4500 | µg/L | 2 | $4,500 | Conducting selenium fish tissue test, working to increase permit limits |
| 37 | 4/30/2019 | 006 | 4.7 | Avg | 5.3000 | µg/L | 2 | $4,500 | |
| 38 | 4/30/2019 | 007 | 4.7 | Avg | 6.0500 | µg/L | 2 | $4,500 | |
| 39 | 5/31/2019 | 005 | 4.7 | Avg | 5.6300 | µg/L | 2 | $4,500 | |
| 40 | 5/31/2019 | 007 | 4.7 | Avg | 7.3500 | µg/L | 2 | $4,500 | |
| 41 | 6/30/2019 | 007 | 4.7 | Avg | 8.0300 | µg/L | 2 | $4,500 | |
| 42 | 6/30/2019 | 008 | 4.7 | Avg | 6.7000 | µg/L | 1 | $3,000 | |

**PLAINTIFFS' EXHIBIT G**

Selenium Limit Violations
3rd Q 2018-3rd Q 2019
Reported by Bluestone

| # | Date | Outlet | Limit | Type | Value | Unit | Count | Penalty | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 43 | 7/2/2018 | 005 | 8.2 | Max | 8.3000 | µg/L | na | | |
| 44 | 7/2/2018 | 006 | 8.2 | Max | 8.8700 | µg/L | na | | |
| 45 | 7/2/2018 | 007 | 8.2 | Max | 13.9200 | µg/L | na | | |
| 46 | 7/9/2018 | 007 | 8.2 | Max | 11.7300 | µg/L | 1 | $2,500 | |
| 47 | 7/12/2019 | 007 | 8.2 | Max | 11.6300 | µg/L | 2 | $3,500 | |
| 48 | 7/2/2018 | 008 | 8.2 | Max | 14.0200 | µg/L | na | | |
| 49 | 7/12/2018 | 008 | 8.2 | Max | 12.2200 | µg/L | na | | High sediment in pond causing higher Se result in discharge, also ineffective treatment. Working with NALCO consultant to determine treatment options |
| 50 | 8/13/2018 | 007 | 8.2 | Max | 14.2300 | µg/L | 2 | $3,500 | |
| 51 | 8/1/2018 | 007 | 8.2 | Max | 10.1600 | µg/L | na | | |
| 52 | 8/16/2018 | 007 | 8.2 | Max | 10.9000 | µg/L | 2 | $3,500 | |
| 53 | 8/1/2018 | 008 | 8.2 | Max | 12.4100 | µg/L | na | | |
| 54 | 8/13/2018 | 008 | 8.2 | Max | 11.5400 | µg/L | 2 | $3,500 | |
| 55 | 8/16/2018 | 008 | 8.2 | Max | 9.6400 | µg/L | 2 | $3,500 | |
| 56 | 9/18/2018 | 007 | 8.2 | Max | 13.0600 | µg/L | 1 | $2,500 | |
| 57 | 9/4/2018 | 007 | 8.2 | Max | 11.7500 | µg/L | na | | |
| 58 | 9/14/2018 | 007 | 8.2 | Max | 12.5200 | µg/L | na | | |
| 59 | 9/20/2018 | 007 | 8.2 | Max | 8.4400 | µg/L | 2 | $3,500 | |
| 60 | 9/4/2018 | 008 | 8.2 | Max | 11.9300 | µg/L | na | | |
| 61 | 9/14/2018 | 008 | 8.2 | Max | 11.3300 | µg/L | na | | |
| 62 | 9/18/2018 | 008 | 8.2 | Max | 10.4600 | µg/L | 1 | $2,500 | |
| 63 | 10/1/2018 | 007 | 8.2 | Max | 12.7800 | µg/L | 2 | $3,500 | |
| 64 | 10/3/2018 | 007 | 8.2 | Max | 10.6800 | µg/L | 2 | $3,500 | |
| 65 | 10/9/2018 | 007 | 8.2 | Max | 10.7100 | µg/L | na | | |
| 66 | 10/12/2018 | 007 | 8.2 | Max | 9.1800 | µg/L | 1 | $2,500 | |
| 67 | 10/13/2018 | 007 | 8.2 | Max | 9.0400 | µg/L | 2 | $3,500 | |
| 68 | 10/16/2018 | 007 | 8.2 | Max | 8.5500 | µg/L | 2 | $3,500 | |
| 69 | 10/1/2018 | 008 | 8.2 | Max | 10.8400 | µg/L | na | | |
| 70 | 10/3/2018 | 008 | 8.2 | Max | 9.0900 | µg/L | 1 | $2,500 | No explanation |
| 71 | 10/12/2018 | 008 | 8.2 | Max | 12.0200 | µg/L | na | | |
| 72 | 10/16/2018 | 008 | 8.2 | Max | 11.6900 | µg/L | 1 | $2,500 | |
| 73 | 10/18/2018 | 008 | 8.2 | Max | 11.8300 | µg/L | 2 | $3,500 | |
| 74 | 11/1/2018 | 007 | 8.2 | Max | 14.0500 | µg/L | na | | |
| 75 | 11/12/2018 | 007 | 8.2 | Max | 10.8700 | µg/L | na | | |
| 76 | 11/1/2018 | 008 | 8.2 | Max | 11.7200 | µg/L | 2 | $3,500 | |
| 77 | 11/12/2018 | 008 | 8.2 | Max | 10.5100 | µg/L | na | | |
| 78 | 12/13/2018 | 007 | 8.2 | Max | 12.4500 | µg/L | 2 | $3,500 | |
| 79 | 12/3/2018 | 007 | 8.2 | Max | 11.2100 | µg/L | 2 | $3,500 | |
| 80 | 12/13/2018 | 008 | 8.2 | Max | 9.7700 | µg/L | 2 | $3,500 | |
| 81 | 12/3/2018 | 008 | 8.2 | Max | 9.2800 | µg/L | 2 | $3,500 | |
| 82 | 1/2/2019 | 007 | 8.2 | Max | 13.0000 | µg/L | na | | |
| 83 | 1/5/2019 | 007 | 8.2 | Max | 8.7400 | µg/L | 1 | $2,500 | |
| 84 | 1/14/2019 | 007 | 8.2 | Max | 12.1700 | µg/L | na | | |
| 85 | 1/2/2019 | 008 | 8.2 | Max | 10.6700 | µg/L | na | | |

**PLAINTIFFS' EXHIBIT G**

Selenium Limit Violations
3rd Q 2018-3rd Q 2019
Reported by Bluestone

| # | Date | Outfall | Limit | Type | Value | Units | Count | Penalty | Explanation |
|---|---|---|---|---|---|---|---|---|---|
| 86 | 1/14/2019 | 008 | 8.2 | Max | 9.8500 | µg/L | na | | |
| 87 | 2/1/2019 | 007 | 8.2 | Max | 13.0600 | µg/L | na | | Ineffective treatment, working with NALCO consultant to determine treatment options |
| 88 | 2/5/2019 | 007 | 8.2 | Max | 9.1600 | µg/L | 1 | $2,500 | |
| 89 | 2/11/2019 | 007 | 8.2 | Max | 10.9200 | µg/L | 2 | $3,500 | |
| 90 | 2/25/2019 | 007 | 8.2 | Max | 9.6000 | µg/L | na | | |
| 91 | 2/9/2019 | 007 | 8.2 | Max | 9.1000 | µg/L | 2 | $3,500 | |
| 92 | 2/10/2019 | 008 | 8.2 | Max | 10.0000 | µg/L | na | | |
| 93 | 2/1/2019 | 008 | 8.2 | Max | 8.2500 | µg/L | na | | |
| 94 | 3/22/2019 | 007 | 8.2 | Max | 12.5000 | µg/L | na | | |
| 95 | 3/26/2019 | 007 | 8.2 | Max | 9.0000 | µg/L | 1 | $2,500 | |
| 96 | 3/30/2019 | 007 | 8.2 | Max | 9.8000 | µg/L | 2 | $3,500 | |
| 97 | 3/11/2019 | 007 | 8.2 | Max | 9.6000 | µg/L | 1 | $2,500 | |
| 98 | 3/22/2019 | 008 | 8.2 | Max | 10.5000 | µg/L | na | | |
| 99 | 4/19/2019 | 007 | 8.2 | Max | 9.1000 | µg/L | na | | Conducting selenium fish tissue test, working to increase permit limits |
| 100 | 5/19/2019 | 007 | 8.2 | Max | 8.7000 | µg/L | na | | |
| 101 | 6/19/2019 | 007 | 8.2 | Max | 9.8000 | µg/L | na | | |
| 102 | 6/19/2019 | 007 | 8.2 | Max | 9.3000 | µg/L | 2 | $3,500 | |
| 103 | 6/19/2019 | 008 | 8.2 | Max | 8.9000 | µg/L | na | | |
| 104 | 7/10/2019 | 007 | 8.2 | Max | 9.0000 | µg/L | 1 | $2,500 | No explanation |
| 105 | 8/6/2019 | 007 | 8.2 | Max | 9.6000 | µg/L | 1 | $2,500 | |
| 106 | 8/17/2019 | 007 | 8.2 | Max | 9.9000 | µg/L | 1 | $2,500 | |
| 107 | 9/16/2019 | 008 | 8.2 | Max | 9.1000 | µg/L | 1 | $2,500 | |

**Total penalties** $286,500

**Violations with no penalties** 31

na=not applicable

**PLAINTIFFS' EXHIBIT G**

| Penalty Summary | | | | |
|---|---|---|---|---|
| Type | Number | Days of Violations | Max Penalty Per Day | Max Penalty |
| Average | 42 | (26 x 31) + (3 x 28) + (13 x 30) = 1280 | $54,833 | $70,186,240 |
| Maximum | 65 | 65 | $54,833 | $3,070,648 |
| | | | Total | $73,256,888 |

**PLAINTIFFS' EXHIBIT G**