**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION**

**OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB,**

                   **Plaintiffs,**

**v.**                                   **Civil Action. No. 1:19-cv-00576
Judge David A. Faber**

**BLUESTONE COAL CORPORATION,**

                   **Defendants.**

## CERTIFICATE OF SERVICE

      I, S. Benjamin Bryant, counsel for Bluestone Coal Corporation, do hereby certify that on the

6th day of December, 2019, I served a true and exact copy of "Defendant's Rule 26(a)(1)

Disclosures" via United States mail, upon counsel of record as follows :

                    Derek O. Teaney, WVSB No. 10223
                    J. Michael Becher, WVSB No. 10588
                    Elizabeth A. Bower, WVSB No. 13583
                    Appalachian Mountain Advocates
                    P.O. Box 507
                    Lewisburg, WV 24901
                    (304) 382-4798
                    dteany@appalmad.org
                    mbecher@appalmad.org
                    Ebower@appalmad.org

James H. Hecker, DCSB No. 291740
Public Justice
1620 L Street, NW Suite 630
Washington, DC 20036
(202) 797-8600 EXT. 225
jhecker@publicjustice.net


  /s/ S. Benjamin Bryant
S. Benjamin Bryant, WVSB No. 520