1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION


OHIO VALLEY ENVIRONMENTAL
COALITIION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
SIERRA CLUB,

        Plaintiffs,


v.                              Civil Action No. 1:19-cv-00576


BLUESTONE COAL CORPORATION,

        Defendant.


        The telephonic deposition of **ROLAND B. DOSS** was

taken under the Federal Rules of Civil Procedure in the

above-entitled action before Joseph M. Miller, a Certified

Court Reporter and Notary Public within and for the State of

West Virginia, on the 16th day of April 2020, commencing at 1:04

p.m., pursuant to notice.


**MOUNTAIN STATE REPORTING, LLC**
(304) 727-8590

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

APPEARANCES:


   (*Via Telephone)*
Michael Becher, Esq.
APPALACHIAN MOUNTAIN ADVOCATES
Post Office Box 11571
Charleston, West Virginia  24901

and

(*Via Telephone)*
Joe Lovett, Executive Director
APPALACHIAN MOUNTAIN ADVOCATES
Post Office Box 507
Lewisburg, West Virginia  24901

and

*(Via Telephone)*
James M. Hecker, Esq.
PUBLIC JUSTICE
1620 L Street, NW, Suite 630
Washington, DC  20036
  *Counsel for Plaintiffs*


*(Via Telephone)*
S. Benjamin Bryant, Esq.
CAREY, SCOTT, DOUGLAS and KESSLER, PLLC
Post Office Box 913
Charleston, West Virginia  25323
  *Counsel for Defendant*


ALSO PRESENT:  R. Wane Schneiter


**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

3

I  N  D  E  X


Witness                                        Examination

Roland B. Doss                                  4 (Becher)




E X H I B I T S


Doss Deposition Exhibits                          Marked

No. 1, E-Mail Chain                                 19

No. 2, Fish Tissue Survey Results -Baseline         26

No. 3, Fish tissue Survey Results Supplemental
       Baseline Report                              26




Reporter's Certificate . . . . . . . . . . . . 141/142

Signature Page . . . . . . . . . . . . . . . .    143

Errata Sheet . . . . . . . . . . . . . . . . .    144


**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

4

1                                        (Witness sworn.)

2    THEREUPON,

3                    **ROLAND B. DOSS, PE, PS, MBA,**

4    having been first duly sworn to tell the truth, was examined

5    and testified as follows:

6                            **EXAMINATION**

7                          **BY MR. BECHER:**

8         Q     Hello, Mr. Doss.  Could you state and spell

9    your name for the record, please.

10        A     R-o-l-a-n-d, middle initial B as in boy, last

11   name Doss, D-o-s-s.

12        Q     Mr. Doss, I appreciate you bearing with us

13   to do this deposition telephonically today.  Obviously, it's

14   not ideal, but it's an odd state of times we live in, and I

15   appreciate the flexibility.

16                 Because we are doing this over the phone, it

17   is particularly important that we don't speak over each other,

18   so if you will let me finish asking a question before you start

19   to answer, I'll try to do the same when you give an answer

20   and not speak over you.  Additionally, obviously we can't see

21   each other.  Nodding, shaking your head won't be sufficient

22   for an answer, so please make sure you verbalize your

23   responses.

24                 Let me off by asking you if you've been

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1    upstream haven't been reclaimed.

2              So DEP kind of changed their position from

3    the last renewal to now.  They're saying okay, there's more

4    activity you have to do so we're not going to assign BAS

5    monitoring stations below these outlets.

6         Q    Okay.  And it's your understanding that that

7    determination has changed for Outlet 007, but not Outlets 005,

8    006, or 008?

9         A    That's correct.

10        Q    Do you know if biological monitoring is

11   required for any of the other outlets or outfalls on this

12   permit?

13        A    I don't know exactly.  I could look on a map

14   and tell you, but right now as we speak I don't know what the

15   other biological monitoring requirements are.  My suspicion

16   would be not, but I can't – it's just such an old permit that

17   I would think it's grandfathered.  But I would have to

18   research that to give you an exact answer.

19        Q    And I can take a look at the permit

20   application, the last permit, so we don't spend a lot of time

21   on that, but thank you.

22              Let me ask, when were you first approached

23   by Bluestone Coal Corporation or any representative of

24   Bluestone Coal Corporation to work on selenium issues at the

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1  Red Fox mine?

2       A     I believe in late 2017, someone from

3  Bluestone called our office and asked if we would give them

4  a quote or something on what it would take to do a selenium

5  study plan.  I don't believe I did anything else until I was

6  contacted by Mr. Bryant.

7       Q     And when were you contacted by Mr. Bryant?

8       A     I'm going to say September or October.  I

9  apologize.  It was August or September.  It wasn't September

10  or October.  It was probably August.

11       Q     And I'm not trying to hide the ball here, and

12  I do know you did some sampling in September, so I assume it

13  would be before that.  So do you think it was probably more

14  like around August or the early September time frame?

15       A     Sir, there's an engagement letter that we

16  did, and it was a week or so before that engagement letter,

17  whatever the date of that is.

18       Q     Okay.  So if I were to summarize your

19  involvement, your early involvement, you got a request for

20  a quote in 2017, but then you didn't follow up to begin doing

21  any substantive work until August or so of 2019?

22       A     That's correct.

23       Q     And what exactly were you asked to do in that

24  2019 scope of work or engagement?

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

12

1       A       I was originally asked to conduct – to take

2   a look at the site and see what would be involved in getting

3   a study plan approved to take fish tissue samples below

4   several outlets at the site, obtain the results, and then

5   providing those results back to Mr. Bryant.

6       Q       Okay.  So that initial work was fish tissue

7   sampling on – can you tell me which outfalls?

8       A       Let me look.  003, 005, 006, 007, and 008.

9       Q       Thank you.  Do you know if the company had

10  done any work on their own to address selenium at those

11  outfalls before they contacted you?

12      A       I do not know.  At that time I didn't know

13  what they had or had not done.  I was just given those outlet

14  numbers by Mr. Stephenson, I believe.

15      Q       Do you know now if they had done work prior

16  to that?

17      A       Analytical work?

18      Q       Let me ask it this way.  Are you aware that

19  there had been permit violations for selenium exceedances at

20  those outfalls you mentioned, 003, 005, 006, 007, and 008?

21      A       Yes, I am now.  I've seen the data since the

22  selenium limits went into effect, yes.

23      Q       Do you know when those selenium limits went

24  into effect?

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1   more specific about my recommendations.

2           Q     Okay.  So in February and March, so it would

3   have been the last couple of months, you said they had asked

4   you to be more specific about recommendations.  Can you tell

5   me in December and January, can you give me some details about

6   the conversations you were having with them then about

7   treatment options or compliance options?

8           A     Just in generalities.  When I was talking to

9   George, my impression was George didn't have a lot of

10  experience or didn't have a lot of understanding about how

11  many different ways you might be able to do something with

12  selenium.

13               I mean he asked me about the bioreactors,

14  either the constructed wetland type bioreactors, the fixed

15  units.  He wanted to know if I'd known anybody that had used

16  them.  We had that conversation.

17               And I mentioned to him that pumping was

18  something they really needed to consider on a short-term

19  basis.  I don't remember where it switched, but early on it

20  was just kind of generalities like that.  Later on it

21  switched.

22          Q     Okay.  So that would have been just sort of

23  general ideas about the types of treatment options that might

24  be available, in theory, or that other folks are using, not

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1   how those systems could be implemented at the Red Fox mine.

2   Is that fair?

3           A       Yes, sir, that's very fair.

4           Q       And you said those conversations changed in

5   February or March of this year.  I wanted to ask if you had

6   come up with a site-specific plan for any of these water

7   management or other compliance techniques at the Red Fox mine?

8           A       Yes.  Actually, if you look at the Red Fox

9   mine, the whole Red Fox mine is underlain by prior mining in

10  the Pocahontas 3 seam and so you have the mine void there.

11  So with respect to the outlet, Outlet 3 is not a problem

12  really.  I don't think you would want to do it there.  It's

13  not included in your action either.  But from looking at the

14  data there, I don't think you would do this.

15                  But Outlets 5, 7, and 8, for sure you would

16  be able to do underground injection.  They lay over the mine

17  void.  You pretty much would just drill a hole and just drop

18  them right in the mine void.

19                  The issue here is that the aquatic standard

20  for selenium on a numeric basis is 5 parts per billion.  The

21  underground injection standard has to meet drinking water

22  standards.  The drinking water standards for human health are

23  50 parts per billion.

24                  So you would simply just drop a bore hole and

PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G

1          That's actually the case.  I think you

2   mentioned the Apogee site.  That's what's going on there

3   right now, so they're underground injecting that, and then

4   you go downstream and you pump out.  You have to pump out the

5   mine void at a lower spot.  That's not uncommon.  That's been

6   done several places.

7          Q    Okay.  And let me ask, these alternative

8   treatment processes you were discussing, were you ever asked

9   by Bluestone to come up with these treatment ideas to come

10  into compliance, or did you develop these for purposes of your

11  report?

12         A    No, this is when I came - when I was asked

13  to do the fish tissue, that's all we did.  We did fish tissue.

14  My role is I do what people ask me to, and if they ask for

15  advice, I give it to them.  So when they started asking me

16  for advice, then I started discussing and looking into these

17  things.

18         Q    Okay.

19         A    So I've told you what fish tissue can and

20  can't do for you.  Here are other alternatives that I clearly

21  think you should look at, other possibilities.

22         Q    So just to get a timeline from the time you

23  were brought on in August or so through about December, you

24  had only talked to Bluestone about fish tissue?

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1        A      Yes, probably through the end of – yes,

2    probably the November/December time frame and then kind of

3    December on, and then I started talking in generalities and

4    wasn't asked to do anything specific because all they paid

5    me to do up until that point in time was the fish tissue work

6    and consult with them on that avenue.

7        Q      Sure.  Have they brought you on officially

8    as a consultant to evaluate these other treatment options?

9        A      Yes, in the context of – I started out and

10   I'm still working for Mr. Bryant, but do I have a separate

11   contract or a separate engagement with Bluestone, no.  So

12   what I'm doing has all been kind of a continuation, if you

13   will, of when he first hired me.

14       Q      Okay.  And when those conversations started

15   to get more specific, I think you said in the February or March

16   time frame, did someone at Bluestone ask you if you could come

17   up with a specific treatment plan there?

18       A      Yes, they asked about options, and I think

19   we went up to Roanoke one day and met with Mr. Justice.  I've

20   had some conference calls here recently with Mr. Stephens,

21   Mr. Johnson, maybe Mr. Cochran, all from Bluestone, and the

22   last call I was on, I think we had another gentleman who had

23   actually designed some BCR's, and he had some experience in

24   that, and he was on that call as well.

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1          Q     Okay.  Is a BCR, is that another name for

2    that in-ground wetland bioreactor treatment?

3          A     Yes, that's what it's kind of called here in

4    southern West Virginia, sir, yes.

5          Q     Okay.  And that would be consistent with

6    what I've called the straw and manure type?

7          A     Yes, or mushroom compost.  You could throw

8    that in.

9          Q     Okay.  And you said you went to Roanoke.

10   When did that meeting take place?

11         A     March, early March.  First week, something

12   like that.  I'm not sure of the exact date.  I could look on

13   my calendar.  It was before my report was filed.  Maybe a week

14   before that.

15         Q     Okay.  At that meeting did they just discuss

16   – well, what was discussed at that meeting in terms of

17   treatment options?

18         A     I think in general, you know, we outlined

19   where we were with the fish tissue, what some other options

20   were.  There was discussion about Outlet 6.  I had with me

21   some – I think I probably had an underground mine map.

22               I had a little map that discussed – which we

23   haven't talked about yet – some of the other waters and water

24   management options for Pond 6, pumping it back to the

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1    mountain, pumping it across to Outlet 8, using dilution from

2    Cucumber Creek.

3              We also discussed the BCR, and if you did BCR,

4    where would you have enough room to put it, the BCR being the

5    in-ground system.  And I don't recall any discussion about

6    any other treatment technology than water management,

7    underground injection, pumping, dilution.

8              Mixing zones, I think I told them about

9    mixing zones, told them what kind of issues I saw with that,

10   the advantages and disadvantages.

11        Q     Do you believe there is an option for a mixing

12   zone for any of these outlets on the Bluestone mines that have

13   had compliance problems?

14        A     I think because of the distance that you

15   would have to transport the water, and because there's – I

16   don't have enough in-stream data to basically evaluate that

17   for the flow data.  And I felt like since the pumping and the

18   injection, underground injection, were better options,

19   that's something that could be looked at later.  But I think

20   right now I would say that the others – you would have to run

21   a long line like from Outlet 6, miles and miles and miles.

22   Which, don't get me wrong, I mean I've been involved in

23   permitting mixing zones that have hauled water more than 20

24   miles.  At this site it would be a lot of land and a lot of

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1   adverse property issues to deal with.  I didn't spend a lot

2   of time on it.

3          Q     So you said this meeting was early March,

4   about a week before you submitted the report.  Was this the

5   first time you had discussed in detail these alternative

6   compliance options with anyone at Bluestone?

7          A     No.  It was the first time I'd discussed them

8   with Mr. Justice, and I forget the other gentlemen.  There

9   were a couple of other people from Bluestone there.  I forget.

10  I had talked to Bill Johnson and George Stephens about them

11  via phone before.

12         Q     Do you recall the first time you talked to

13  Mr. Stephens and Mr. Johnson about these in a detailed,

14  site-specific level?

15         A     Yes, like February or early March.

16         Q     So a couple of weeks before the meeting?

17         A     Yes.

18         Q     Did Bluestone ask you to take any additional

19  steps to evaluate any of the treatment options since that

20  meeting?

21         A     Yes, I think – yeah, I mentioned before that

22  last Monday we had another conference call, and again it was

23  to go back through all these other options and explain why

24  I thought this was their best near term opportunities.

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1          Q      And this would have been that call that was

2     in the last week or so?

3          A      Yes, it was after the date of my report, last

4     Monday or Tuesday.

5          Q      Did Bluestone ask you to take any specific

6     steps to implement any of these strategies, do the analytical

7     work, do the sampling necessary, or is this being discussed

8     at the idea stage?

9          A      No, I think the way it was left at that

10    meeting was we talked about briefly the pumping options, and

11    they were going to look at what pump equipment they had

12    available to them.  And we also said we can spec something

13    out for you if you need, but it probably makes more sense for

14    you to figure out what you actually have in hand first.

15               You know, like they'll have plenty of line

16    pumps and stuff like that, but do they have something that

17    would apply.  That's kind of your first step is figuring out

18    what you have and look.  We talked about what they may or may

19    not be able to do with electrical power.

20          Q      Have they decided on a particular compliance

21    method based on these conversations?

22          A      No.  Whenever we had the call last Monday or

23    Tuesday, they had – as we hung up, the folks at Bluestone were

24    going to have a separate call amongst themselves to kind of

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**

1    like decide what they were going to do, and I haven't talked

2    to George or Bill since then, and I haven't been asked to do

3    anything since that particular day.  So they had a call

4    sometime after that.  I was not involved in it and I haven't

5    heard any results.

6           Q    Okay.  So they haven't contacted you since

7    that internal call they had?

8           A    No, sir.  That's correct.

9           Q    Have you done any cost estimates on the

10   necessary cost of compliance for any of these alternate

11   compliance strategies?

12          A    If you look at my report, I did do a cost

13   estimate of what it would cost to implement the fish tissue

14   back to if they had done it whenever their limits come in.

15               We did do some cost estimates on what it would

16   cost to do pumping.  And again, the three different options

17   that I discussed in my report are Cucumber Creek and basically

18   pump.  It's really, really good low selenium water.  I think

19   it's about a three, two and a half to three parts per billion.

20   Pump that back and put it in Pond 6, take the Pond 6 water,

21   pump it to the mountaintop and distribute it; or take it to

22   the mountaintop and then basically take it over to Outlet 8

23   once you get the fish tissue limits assigned in Outlet 8, and

24   just discharge it because the Outlet 6 water would be a lower

**PLAINTIFFS' SUMMARY JUDGMENT EXHIBIT G**