IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB,**

        Plaintiffs,

v.                                            **Civil Action. No. 1:19-cv-00576
Judge David A. Faber**

**BLUESTONE COAL CORPORATION,**

        **Defendant.**

### DEFENDANT'S RULE 26 (a)(3)(A) DISCLOSURES

Bluestone Coal Corporation ("BCC") provides the following disclosures under Federal Rule of Civil Procedure 26(a)(3)(A):

BCC expects to present the following witnesses at trial, whose addresses and telephone numbers have been previously provided in 26(a)(1) and 26(a)(2) disclosures:

### WITNESS LIST

| Witness | May Call | Will Call |
|---|---|---|
| Davis Stoneburner | X | |
| Bill Johnson | X | |
| George Stephens | X | |
| R.B. (Barry) Doss | | X |
| Steve Ball | | X |

In addition, BCC reserves the right to call any witness identified in Plaintiff's 26(a)(3) Disclosures and/or called by the Plaintiff at trial.

BCC reserve the right to use any exhibit introduced into evidence by Plaintiff.

BCC identifies the following documents that they expect to offer and/or may offer as exhibits at trial:

## EXHIBIT LIST

| No. | Description | Will Use | May Use |
|---|---|---|---|
| 1 | (BCC000001 - BCC000837) 20-01-23 - Redfox Data | | X |
| 2 | (BCC000838 - BCC000864) 20-01-24 - Bioreactor Docs | | X |
| 3 | (BCC000865 - BCC001671) 2016 - Aquatic Life (Selenium) | X | |
| 4 | (BCC001672 - BCC002839) Outgoing Emails w-Attachments | | X |
| 5 | (BCC002840 - BCC005271) Incoming Emails w-Attachments | | X |
| 6 | (BCC005272 - BCC005665) Penalty Payments | X | |
| 7 | (BCC005666 - BCC006049) Selenium Emails w-Attachments | | X |
| 8 | Deposition Transcript/Exhibits George Stephens | | X |
| 9 | Deposition Transcript/Exhibits Barry Doss | | X |
| 10 | Deposition Transcript/Exhibits Steve Ball | | X |
| 11 | BCC Balance Sheet 2015 | | X |
| 12 | BCC Balance Sheet 2016 | | X |
| 13 | BCC Balance Sheet 2017 | | X |
| 14 | BCC Balance Sheet 2018 | | X |
| 15 | BCC Balance Sheet 2019 | | X |
| 16 | Justice Energy Company, Inc. Balance Sheet 2015 | | X |
| 17 | Justice Energy Company, Inc. Balance Sheet 2016 | | X |
| 18 | Justice Energy Company, Inc. Balance Sheet 2017 | | X |

| No. | Description | Will Use | May Use |
|---|---|---|---|
| 19 | Justice Energy Company, Inc. Balance Sheet 2018 | | X |
| 20 | Justice Energy Company, Inc. Balance Sheet 2019 | | X |
| 21 | DRAFT WV1006304 Permit | X | |

Please note that defendant has marked 11-20 "CONFIDENTIAL" per the Protective Order entered herein [Doc 19]. Defendant further intends that certain pages of Mr. Ball's deposition be treated as CONFIDENTIAL under the Protective Order, those being pages 11-14, 26-34, 41-44, 56-58 and 61-62.

Dated: July 10, 2020

Respectfully submitted,

BLUESTONE COAL CORPORATION,
By Counsel:


   /s/ S. Benjamin Bryant
Michael W. Carey, WVSB No. 635
S. Benjamin Bryant, WVSB No. 520
Carey, Scott, Douglas & Kessler, PLLC
707 Virginia Street, East, Suite 901
P.O. Box 913
Charleston, WV 25323
(304) 345-1234
mwcarey@csdlawfirm.com
sbbryant@csdlawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, APPALACHIAN VOICES, and THE SIERRA CLUB,**

　　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　Civil Action. No. 1:19-cv-00576
　　　　　　　　　　　　　　　　　　Judge David A. Faber

**BLUESTONE COAL CORPORATION,**

　　　　　　Defendants.

## CERTIFICATE OF SERVICE

I, S. Benjamin Bryant, counsel for Bluestone Coal Corporation, do hereby certify that on the 10th day of July, 2020, I served a true and exact copy of "Defendant's Rule 26 (a)(3) Disclosures" via electronic mail, upon counsel of record as follows :

Derek O. Teaney, WVSB No. 10223
J. Michael Becher, WVSB No. 10588
Elizabeth A. Bower, WVSB No. 13583
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 382-4798
dteany@appalmad.org
mbecher@appalmad.org
Ebower@appalmad.org

James H. Hecker, DCSB No. 291740
Public Justice
1620 L Street, NW Suite 630
Washington, DC 20036
(202) 797-8600 EXT. 225
jhecker@publicjustice.net

/s/ S. Benjamin Bryant
S. Benjamin Bryant, WVSB No. 520