IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

OHIO VALLEY ENVIRONMENTAL
COALITION, et al.,

    Plaintiffs,

v.                    CIVIL ACTION NO. 1:19-00576

BLUESTONE COAL CORPORATION,

    Defendant.

### O R D E R

For reasons appearing to the court, the final settlement conference in this case will be held at 9:00 a.m. on September 23, 2020, in Bluefield.

The Clerk is directed to send a copy of this Order to counsel of record.

IT IS SO ORDERED this 1st day of September, 2020.

                ENTER:

                *David A. Faber* (signature)
                David A. Faber
                Senior United States District Judge