```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB

    Plaintiffs,

v.                                      CIVIL ACTION NO. 1:19-00576

BLUESTONE COAL CORPORATION,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's Motion for Stay Pending Resolution of Proposed Consent Order with WVDEP, filed on this day, September 4, 2020.  As the motion is not fully briefed, the court is not prepared to issue a ruling.  The court notes, however, that there is a Pretrial Conference scheduled for September 8, 2020 and that this motion is likely to be unresolved by that time.  To allow time for the briefing and resolution of defendant's motion, and in the interest of judicial economy, the court therefore continues, until further order of the court: (1) the pretrial conference scheduled for September 8, 2020; and (2) the deadline for submitting Proposed Findings of Facts and Conclusions of Law.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

IT IS SO ORDERED this 4th day of September, 2020.

Enter:

*David A. Faber*

David A. Faber
Senior United States District Judge