*OHIO VALLEY ENVIRONMENTAL COALITION, et al. v.*

*BLUESTONE COAL CORPORATION*

STEPHEN BALL

*February 20, 2020*



Realtime Reporters

*"Because your time matters"*

713 LeeStreet
Charleston, WV 25301

(304) 344-8463
schedulerealtime@gmail.com

Realtimereporters.net

**STAY RESPONSE EXHIBIT 1**

Page 1

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       BLUEFIELD DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * *

OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB,

        Plaintiffs,
                                  CIVIL ACTION
v.                                NO.: 1:19-cv-00576

BLUESTONE COAL CORPORATION,

        Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

        The deposition of STEPHEN BALL, taken by
    the Plaintiffs under the Federal Rules of
    Civil Procedure in the above-entitled action,
    pursuant to written notice, before Teresa L.
    Harvey, a Registered Diplomate Reporter and
    Notary Public within and for the State of
    West Virginia, at the office of Appalachian
    Mountain Advocates, 1046 Washington Street,
    East, Lewisburg, West Virginia, on the 20th
    day of February, 2020.


              REALTIME REPORTERS, LLC
        Teresa L. Harvey, RPR, RMR, RDR, CRR
                   713 Lee Street
                 Charleston, WV  25301
                    304-344-8463
                www.realtimereporters.net
```

Page 2

```
                    APPEARANCES:


APPEARING ON BEHALF OF THE PLAINTIFFS:

    J. Michael Becher, Esquire
    Appalachian Mountain Advocates
    P.O. Box 11571
    Charleston, WV  25339
    Elizabeth A. Bower, Esquire
    Derek O. Teaney, Esquire
    P.O. Box 507
    Lewisburg, WV  24901

    James M. Hecker, Esquire
    (appearing telephonically)
    Public Justice
    1620 L Street, NW, Suite 630
    Washington, DC  20036


APPEARING ON BEHALF OF THE DEFENDANT:

    S. Benjamin Bryant, Esquire
    CAREY SCOTT DOUGLAS & KESSLER
    P.O. Box 913
    Charleston, WV  25323

    ALSO PRESENT:

    Bill Johnson, Bluestone Resources
```

Page 3

```
                      WITNESS INDEX


           WITNESS: Stephen Ball
    Examination by Mr. Becher ...............Page 5
    Examination by Mr. Bryant ..............Page 63



                      EXHIBIT INDEX

 Exhibit       Description                      Page
 Exhibit 1     A document entitled SeHAWK 200     15
               Bioractor Lease Proposal

 Exhibit 2     A 39-page document entitled        50
               Administrative Civil Penalty
               Assessment Notice, dated July 11,
               2019
```

Page 4

```
1         P R O C E E D I N G S
2         MR. BECHER:  Mr. Bryant, I understand
3  you've received our 30(b)(6) notice and you're here
4  today to respond to that.  I just want on the record,
5  I believe yesterday you had indicated that of the 11
6  matters that we had noticed, Mr. Steve Ball, who is here
7  now, is going to address the issues regarding Point 1
8  and Point 9.  Is that correct?
9         MR. BRYANT:  That's correct.
10        MR. BECHER:  Okay.
11        MR. BRYANT:  And anything else that might
12 come up that is within his, you know, knowledge.
13        MR. BECHER:  Okay.  Great.  I did want
14 to ask specifically on Issue 7, the ability to pay for
15 selenium treatment, I don't know if there is anybody,
16 you know, in the finances of the organization here.
17        Are those questions that are better to be
18 put to Mr. Ball or Mr. Johnson?
19        THE DEPONENT:  To me.
20        MR. BECHER:  Okay.
21        MR. BRYANT:  Yeah.  He's not the
22 accountant, but he has overall knowledge --
23        MR. BECHER:  He has the knowledge.  Okay.
24        MR. BRYANT:  -- of the situation.
```

Page 49

1  [Whereupon remarks were had off the
2  record and the deposition recessed at
3  11:37 a.m. The deposition resumed at
4  11:51 a.m.]
5 BY MR. BECHER:
6  Q. And so let me loop back to the A & G system.
7 The documents related to A & G were not something that
8 you had mentioned in outstanding documents. Would you
9 agree with me that if you were going to build a system
10 based on the A & G system, that those documents would be
11 relevant to our questions about selenium treatment?
12  MR. BRYANT: Objection to the form of the
13 question.
14  THE DEPONENT: I was just going to say,
15 whatever those documents might be.
16 BY MR. BECHER:
17  Q. Have you made any efforts to pull together
18 those A & G records?
19  A. No. No. As I said earlier, that's a
20 relatively recent development and those conversations
21 are very recent, and so I have not made an attempt to
22 pull together any documents related to that.
23  Q. After this deposition, do you have plans to
24 pull together any A & G documents?

Page 50

1  A. We will take a look at that, yes, sir.
2  Q. And again, as we ask for other documents, if
3 those turn up issues or questions for another
4 deposition, would you agree to another deposition on
5 those documents?
6  A. Yes.
7  Q. Let me hand you what I'd like to have marked
8 as Exhibit 2.
9  BALL DEPOSITION EXHIBIT 2
10  [A 39-page document entitled
11  Administrative Civil Penalty Assessment
12  Notice, dated July 11, 2019, was marked
13  for identification purposes as Deposition
14  Exhibit 2.]
15  Q. And I'll just represent what I've given you is
16 a document -- well, really, two documents, one titled
17 Administrative Civil Penalty Assessment Notice from DEP
18 dated July 11, 2019, and the other, a document, Consent
19 Order, which was a Proposed Consent Order related to
20 that Administrative Civil Penalty Assessment.
21  Do you agree with that characterization?
22  A. Yes.
23  Q. Okay. And have you seen these documents
24 before?

Page 51

1  A. Yes.
2  Q. And can you describe to me how you came to be
3 familiar with these documents?
4  A. Actually, for me personally, as part of the
5 deposition notice.
6  Q. Uh-huh.
7  A. And then as part of that, I had a conversation
8 with Bob Cochran, who is one of our -- he works for
9 Bluestone Industries, is one of the people within our
10 company that deals primarily with the West Virginia DEP.
11  I asked Bob if he was familiar with this
12 agreement, and he was not.
13  So then I asked Jay Justice if he was
14 familiar with this agreement, and he was not.
15  And I talked to George Stephens, who did
16 have some familiarity with it. But after talking to the
17 three of those guys -- and I also did talk to Tom Lusk
18 as well. This agreement was just something that was
19 sent to us by West Virginia DEP. I think this cover
20 letter, you know, basically says what it is, which is,
21 "Enclosed is a Proposed Consent Order."
22  Upon receipt, nothing was ever done with
23 this document specifically, but a separate Payment Plan
24 Agreement was entered into with not only the Bluestone

Page 52

1 Coal permits but several affiliate company permits as
2 well.
3  There were several outstanding -- it was
4 a mixed bag of things. It was NPDES renewal fees.
5 There were annual permit fees, things like that. And
6 all of those were made part of a payment plan that was
7 entered into with DEP.
8  And then on some of the what I'll call
9 non-monetary issues that were brought up, compliance and
10 things like that, Tom Lusk and Bob Cochran met with
11 Harold Ward at DEP and started having conversations
12 about how to deal with some of the compliance issues.
13  Q. Okay. And, first of all, Tom Lusk, I think
14 you had mentioned -- let me scratch that.
15  I think you had mentioned that George
16 Stephens works for Bluestone Resources?
17  A. Bluestone Industries.
18  Q. Industries. Okay. And who does Tom Lusk work
19 for?
20  A. Tom Lusk is retired. He's a former chief
21 operating officer of Bluestone Industries. He currently
22 doesn't work for -- or at least, to our knowledge,
23 doesn't work for anyone.
24  Q. And is he currently involved with meetings