```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT BLUEFIELD
```

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB

    Plaintiffs,

v.                              CIVIL ACTION NO. 1:19-00576

BLUESTONE COAL CORPORATION,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's Motion for Stay Pending Resolution of Proposed Consent Order with WVDEP, filed on September 4, 2020. Plaintiffs filed their opposition on September 10, 2020. A Final Settlement Conference and Bench Trial in this matter are scheduled for September 23, 2020. In lieu of those matters, the court will hear argument on defendant's motion for stay on September 23, 2020, at 10:00 a.m. in Bluefield. The court continues the Final Settlement Conference and Bench Trial until further order of the court. Should the court deny defendant's motion for stay, the court will set a final settlement conference and bench trial to be held at the court's earliest availability.

The Clerk is directed to send copies of this Memorandum Opinion and Order to all counsel of record.

IT IS SO ORDERED this 15th day of September, 2020.

Enter:

David A. Faber
Senior United States District Judge