# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Bluefield

Date: 9/23/2020                                                   Case Number     1:19-cv-00576

Case Style           Ohio Valley Environmental Coalition et al vs. Bluestone Coal Corporation

Type of hearing      Motion Hearing

Before the honorable: 2512-Faber

Court Reporter          Kimberly Kaufman                    Courtroom Deputy   Cindy Lilly

Attorney(s) for the Plaintiff or Government

Derek Teaney

Attorney(s) for the Defendant(s)

S. Bryant, Michael Carey

Law Clerk              Stephen Marlowe

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:55 AM | 11:18 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 01:23

## Courtroom Notes

Scheduled Start: 10:00 a.m.
Actual Start: 9:55 a.m.
Court in session for hearing on defendant's motion to stay
Court Adjourned: 11:18 p.m.