IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB,**

           **Plaintiffs,**

v.                                               **Civil Action. No. 1:19-cv-00576
                                                Judge David A. Faber**

**BLUESTONE COAL CORPORATION,**

           **Defendants.**

## NOTICE OF FILING OF BLUESTONE COAL CORPORATION'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO STAY

      Defendant, Bluestone Coal Corporation, files the attached documents as supplemental exhibits in support of *Defendant's Motion to Stay Pending Resolution of Proposed Consent Order With WVDEP*, ECF 83. Exhibit 4 is a notice and certification from the WV Department of Environmental Protection, dated September 25, 2020 issuing NPDES Permit WV1006304, and Exhibit 5 is the issued WV NPDES WV1006304 for Red Fox Mine permit, now in effect, which includes fish tissue testing for selenium at Outlets 005, 007 and 008.

                                                        BLUESTONE COAL CORPORATION,
                                                        By Counsel:

                                                        /s/ S. Benjamin Bryant
                                                        Michael W. Carey, WVSB No. 635
                                                        S. Benjamin Bryant, WVSB No. 520
                                                        Carey, Douglas, Kessler & Ruby, PLLC
                                                        707 Virginia Street, East, Suite 901
                                                        P.O. Box 913
                                                        Charleston, WV 25323
                                                        (304) 345-1234
                                                        mwcarey@csdlawfirm.com
                                                        sbbryant@cdkrlaw.com
                                                        ***Counsel for Defendant***

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, APPALACHIAN VOICES, and THE SIERRA CLUB,**

        Plaintiffs,

v.                                  Civil Action. No. 1:19-cv-00576
                                    Judge David A. Faber

**BLUESTONE COAL CORPORATION,**

        Defendant.

## CERTIFICATE OF SERVICE

I, S. Benjamin Bryant, counsel for Bluestone Coal Corporation, do hereby certify that on October 5, 2020, I electronically filed the foregoing "Notice of Filing of Bluestone Coal Corporation's Supplemental Exhibits in Support of Defendant's Motion to Stay" with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following CM/ECF participants:

Derek O. Teaney, WVSB No. 10223
J. Michael Becher, WVSB No. 10588
Elizabeth A. Bower, WVSB No. 13583
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 382-4798
dteaney@appalmad.org
mbecher@appalmad.org
ebower@appalmad.org

James H. Hecker, DCSB No. 291740
Public Justice
1620 L Street, NW Suite 630
Washington, DC 20036
(202) 797-8600 EXT. 225
jhecker@publicjustice.net

                                        /s/ S. Benjamin Bryant
                                        S. Benjamin Bryant, WVSB No. 520