# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL**
**COALITION, et al.,**

    **Plaintiffs,**

    v.                                                     Civil Action No. 1:19-cv-00576

**BLUESTONE COAL CORPORATION,**

    **Defendant.**

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL

    Defendant's pending motion does not establish good cause to further continue the long-delayed trial in this action. Defendant's counsel has not shown that he is the only person capable of providing care to his dog during its convalescence, nor has he shown that such care would be unavailable at one of Charleston's many fine veterinary medicine clinics. Moreover, Defendant is represented by a well-regarded law firm in Chareleston with several partners, and Mr. Carey is not the only attorney at his firm to have appeared in this case. Indeed, Mr. Carey's partner, Benjamin Bryant has appeared, alone, on behalf of Defendant at each and every deposition that has been taken in this action. If Mr. Carey is unable to appear, there are doubltless other attorneys at his firm, including Mr. Bryant, who are capable of stepping in. Plaintiffs have already confirmed that their experts are available for trial beginning on the October 15, 2020, and they have made travel arrangements. Consequently, the Court should deny Defendant's motion.

                                                                           Respectfully submitted,

                                                                           **/s/ Derek O. Teaney**
                                                                           DEREK O. TEANEY (WVBN 10223)
                                                                           J. MICHAEL BECHER (WVBN 10558)
                                                                           APPALACHIAN MOUNTAIN ADVOCATES, INC.
                                                                           P.O. Box 507

Lewisburg, WV 24901
Telephone: (304) 646-1182
Email: dteaney@appalmad.org

JAMES M. HECKER (DCBN 291740)
PUBLIC JUSTICE
1620 L Street, NW Suite 630
Washington, DC 20036
Telephone: (202) 797-8600, ext. 225
Email: jhecker@publicjustice.net
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, APPALACHIAN VOICES, and THE SIERRA CLUB,**

      **Plaintiffs,**

  v.                              Civil Action No. 1:19-cv-00576

**BLUESTONE COAL CORPORATION,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, Derek O. Teaney, hereby certify that, on October 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to each of the following CM/ECF participants:

MICHAEL W. CAREY
S. BENJAMIN BRYANT
CAREY, SCOTT, DOUGLAS & KESSLER, PLLC
707 Virginia Street, East, Suite 901
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlaw.com
sbbryant@csdlawfirm.com
*Counsel for Defendants*

                                /s/ Derek O. Teaney
                                DEREK O. TEANEY (WVBN 10223)