IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB,

      Plaintiffs,

  v.                                        Civil Action No. 1:19-cv-00576

BLUESTONE COAL CORPORATION,

      Defendant.

## STATUS RPEORT OF THE PARTIES REGARDING SETTLEMENT

Pursuant to the Court's Order of October 14, 2020, the Parties, through their respective counsel of record, hereby submit this joint status report to the Court concerning the progress being made toward developing and finalizing the settlement documents. The Parties expect that a proposed Consent Decree can be finalized by the Parties and submitted to the Court by the end of this week. While the Parties believe that settlement terms and conditions are generally agreed upon, obtaining final approval has taken somewhat longer than expected. If a proposed Consent Decree cannot be submitted by Friday, November 20, 2020, the Parties will provide another status report no later than Monday, November 23, 2020.

Respectfully submitted,

/s/ J. Michael Becher
J. Michael Becher (WV Bar No. 10588)
Derek O. Teaney (WV Bar No. 10223)
Appalachian Mountain Advocates

PO Box 507
Lewisburg, WV 24901
(304) 382-4798
dteaney@appalmad.org
mbecher@appalmad.org

James M. Hecker (DC Bar. No. 291740)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
jhecker@publicjustice.net

*Counsel for Plaintiffs*


/s/_Michael W. Carey_____
MICHAEL W. CAREY (W.Va. Bar No. 635)
S. BENJAMIN BRYANT (W.Va. Bar No. 520)
CAREY, DOUGLAS, RUBY & KESSLER, PLLC
707 Virginia Street, East, Suite 901
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlaw.com
sbbryant@csdlawfirm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I, J. Michael Becher, hereby certify that, on November 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to each of the following CM/ECF participants:

MICHAEL W. CAREY
S. BENJAMIN BRYANT
CAREY, DOUGLAS, RUBY & KESSLER, PLLC
707 Virginia Street, East, Suite 901
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlaw.com
sbbryant@csdlawfirm.com
*Counsel for Defendants*

                /s/ J. Michael Becher_____
                J. Michael Becher