IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL COALITION, WEST VIRGINIA HIGHLANDS CONSERVANCY, APPALACHIAN VOICES, and THE SIERRA CLUB,**

      Plaintiffs,

      v.    Civil Action No. 1:19-cv-00576

**BLUESTONE COAL CORPORATION,**

      Defendant.

## SECOND STATUS REPORT OF THE PARTIES REGARDING SETTLEMENT

Pursuant to the Court's Order of October 14, 2020, and in follow-up of their first Status Report, the Parties, through their respective counsel of record, hereby submit this joint status report to the Court concerning the progress being made toward developing and finalizing the settlement documents. The Parties have each given approval of the proposed Consent Decree and are in the process of circulating the document for signatures. Unfortunately, it appears that not all signatories will be able to sign by the end the day. The Parties will continue to work on executing the document; if the proposed Consent Decree cannot be submitted by Tuesday December 1, the Parties will submit another status report to the Court on that date.

Respectfully submitted,

/s/ J. Michael Becher
J. Michael Becher (WV Bar No. 10588)
Derek O. Teaney (WV Bar No. 10223)
Appalachian Mountain Advocates

PO Box 507
Lewisburg, WV 24901
(304) 382-4798
dteaney@appalmad.org
mbecher@appalmad.org

James M. Hecker (DC Bar. No. 291740)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
jhecker@publicjustice.net

*Counsel for Plaintiffs*


/s/Michael W. Carey_____
MICHAEL W. CAREY (W.Va. Bar No. 635)
S. BENJAMIN BRYANT (W.Va. Bar No. 520)
CAREY, DOUGLAS, RUBY & KESSLER, PLLC
707 Virginia Street, East, Suite 901
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlaw.com
sbbryant@csdlawfirm.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, J. Michael Becher, hereby certify that, on November 23, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to each of the following CM/ECF participants:

MICHAEL W. CAREY
S. BENJAMIN BRYANT
CAREY, DOUGLAS, RUBY & KESSLER, PLLC
707 Virginia Street, East, Suite 901
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlaw.com
sbbryant@csdlawfirm.com
*Counsel for Defendants*

                                                                       /s/ J. Michael Becher
                                                                       J. Michael Becher