IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**OHIO VALLEY ENVIRONMENTAL
COALITION, WEST VIRGINIA
HIGHLANDS CONSERVANCY,
APPALACHIAN VOICES, and
THE SIERRA CLUB,**

      Plaintiffs,

  v.                                 Civil Action No. 1:19-cv-00576

**BLUESTONE COAL CORPORATION,**

      **Defendant.**

## THIRD STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's Order of October 14, 2020, and in follow-up of their first and second Status Reports, Plaintiffs hereby submit this status report to the Court concerning the progress being made toward developing and finalizing the settlement documents. As Plaintiffs understand it, all parties have now given approval for the final version of the proposed Consent Decree. Plaintiffs have each signed and the only remaining signature needed is that of the Defendant. As Plaintiffs understand, the Parties plan to continue to work on executing the document. If the proposed Consent Decree cannot be submitted by Tuesday December 8th, the Parties will submit another status report to the Court on that date.

Respectfully submitted,

/s/ J. Michael Becher
J. Michael Becher (WV Bar No. 10588)
Derek O. Teaney (WV Bar No. 10223)
Appalachian Mountain Advocates

PO Box 507
Lewisburg, WV 24901
(304) 382-4798
dteaney@appalmad.org
mbecher@appalmad.org

James M. Hecker (DC Bar. No. 291740)
Public Justice
1620 L Street NW, Suite 630
Washington, DC 20036
(202) 797-8600
jhecker@publicjustice.net

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Michael Becher, hereby certify that, on December 1 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to each of the following CM/ECF participants:

MICHAEL W. CAREY
S. BENJAMIN BRYANT
CAREY, DOUGLAS, RUBY & KESSLER, PLLC
707 Virginia Street, East, Suite 901
P.O. Box 913
Charleston, WV 25323
mwcarey@csdlaw.com
sbbryant@csdlawfirm.com
*Counsel for Defendants*

/s/ J. Michael Becher_____
J. Michael Becher