IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

OHIO VALLEY ENVIRONMENTAL
COALITION, <u>et al.</u>,

    Plaintiffs,

    v.                           Civil Action No. 1:19-cv-00576

BLUESTONE COAL CORPORATION,

    Defendant.

## DECLARATION OF JAMES M. HECKER

James M. Hecker affirms and states as follows:

1. I am co-counsel for Plaintiffs in this action and submit this declaration in support of their motion for attorneys' fees and expenses in this case.

2. In 2019, the Ohio Valley Environmental Coalition, West Virginia Highlands Conservancy, Appalachian Voices, and Sierra Club asked Public Justice and Appalachian Mountain Advocates to represent them in this case. Throughout this litigation, I have been co-counsel with Derek Teaney and Michael Becher.

3. Because Plaintiffs could not afford to pay for legal representation, Plaintiffs' counsel agreed to represent them in this case on a contingent fee basis. Under the retainer agreement, Plaintiffs' counsel would receive no payment unless there was a fee award or settlement.

4. In May 2017, the U.S. District Court for the Southern District of this Court awarded $450 per hour to me for my work in a similar CWA citizen suit. *OVEC v. Fola Coal Co., LLC*, 2017 WL 1712525, at *4 (S.D.W.Va. 2017). In January 2021, this Court approved a consent decree in a similar CWA citizen suit that applied the same $475 hourly rate that I am requesting

in this case.  *OVEC v. Bluestone Coal Corp.,* Civil No. 5:19-cv-00236, Doc. 87 at 10 (N.D. W.Va.).

5.  I have kept contemporaneous time records in this case.  I record on a daily basis on a desk calendar the time I spent on this case and the nature of services I performed.  I record my time in 15-minute increments.  To avoid over-billing for smaller increments of time, I round down to the lesser quarter hour.  Each week I transfer my time from my calendar to a Timeslips computer program.  I printed out my time records from that program for this case, and then assigned that time to the categories described below.  My time records are attached.

6.  I have divided the compensable time in the case into the following categories:

| Category | Related Docket Entries |
|---|---|
| Notice letter | n/a |
| Complaint and answer | 1, 61 |
| Motion to dismiss | 2-14, 60 |
| Scheduling and document discovery | 15-20, 22, 25-26, 33-34, 42-43, 45, 49, 77, 81 |
| Discovery motions | 23-24, 28, 30-32, 35-40 |
| Fact depositions | 40, 47, 79 |
| Expert reports, disclosures, and depositions | 44, 46, 50-53, 97, 106 |
| Summary judgment motions | 54-59, 73 |
| Pretrial disclosures, motions and order | 63-72, 74-76, 78, 80, 82, 102, 104-05 |
| Motions to stay and to continue the trial | 83-84, 89-93, 95, 98-101 |
| Motion to exclude | 87-88, 94, 96 |
| Plaintiffs' proposed findings and conclusions | 107 |
| Settlement discussions and consent decree | 108-113 |
| Attorneys' fees and costs | |

The time I have spent in each of these categories is summarized in the table below:

| Category | Hecker |
|---|---|
| Notice letter | 4.75 |
| Complaint | 5.75 |
| Motion to Dismiss | 37.75 |
| Scheduling and document discovery | 7.75 |
| Discovery motions | 4.25 |
| Fact depositions | 10.00 |

| | |
|---|---|
| Experts | 17.25 |
| Summary judgment motions | 30.25 |
| Pretrial disclosures, motions and order | 8.00 |
| Motions to stay and continue trial | 13.00 |
| Motion to exclude | 1.50 |
| Plaintiffs' proposed findings and conclusions | 19.50 |
| Settlement and consent decree | 3.50 |
| Attorneys' fees and costs | 4.00 |
| **Totals** | 167.25 |

7.  My total compensable hours in this case are 167.75.  The hours of requested compensable time reflect, in my professional judgment, the amount of time reasonably necessary to litigate the successful claims in this case.

8.  Public Justice has incurred $659.96 in expenses as a result of this litigation.  The requested expenses are of a type that would routinely be billed to a paying client.  These expenses are detailed in the attached table and summarized below and are based on accounting records provided to me by our office manager:

| **Description** | **Amount** |
|---|---|
| Visiting attorney fee | $50.00 |
| WV Bar pro hac fee | $358.00 |
| WestLaw research expenses | $251.96 |
| **Total** | **$659.96** |

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  January 21, 2021                                    _s/ James M. Hecker_

Attachments

Table of Hecker Hours
Table of Expenses

3

Hecker Hours

| Date | Activity | Description | Time Spent | Category Subtotal |
|---|---|---|---|---|
| 6/20/2018 | 60 Day Notice | research Bluestone Red Fox case | 0.50 | |
| 12/7/2018 | 60 Day Notice | research DMRs and permit records; draft NOI based on selenium violations at Bluestone Red Fox mine | 2.50 | |
| 12/7/2018 | 60 Day Notice | draft NOI based on selenium violations at Bluestone Red Fox mine | 1.00 | |
| 2/1/2019 | 60 Day Notice | update and revise Red Fox NOI to add recent violations | 0.50 | |
| 4/30/2019 | 60 Day Notice | update Bluestone Red Fox NOI with same DMRs | 0.25 | 4.75 |
| 7/12/2019 | Complaint | research WV admin penalty authority for preclusion issues | 1.75 | |
| 7/15/2019 | Complaint | draft and edit Red Fox complaint | 0.25 | |
| 7/26/2019 | Complaint | research and download new DMRs for Bluestone | 0.25 | |
| 7/29/2019 | Complaint | update complaint based on new second Q 2019 DMRs | 0.25 | |
| 8/1/2019 | Complaint | review Red Fox APO and revise complaint to add recent violations | 0.75 | |
| 8/2/2019 | Complaint | research preclusive effect of Southern Coal Co. consent decree on Bluestone Red Fox case | 2.50 | 5.75 |
| 1/24/2020 | Depositions | edit draft 30b6 notice | 0.25 | |
| 1/27/2020 | Depositions | edit draft 30b6 notice | 1.25 | |
| 2/12/2020 | Depositions | draft 30b6 deposition questions | 0.50 | |
| 2/14/2020 | Depositions | draft questions for 30b6 deposition | 1.25 | |
| 2/18/2020 | Depositions | draft dep questions; telephone call with MB re dep strategy | 1.00 | |
| 2/20/2020 | Depositions | listen to 30b6 deps | 2.25 | |
| 3/19/2020 | Depositions | telephone call with DT and MB re strategy and questions for Stephens dep | 0.50 | |
| 3/20/2020 | Depositions | listen in to Stephens dep and forward qs to DT | 2.75 | |
| 9/11/2020 | Depositions | email to DT and MB re selenium testing strategy; deposition re new fish tissue result | 0.25 | 10.00 |
| 11/12/2019 | Discovery Motions | read stay motion and research CWA stay cases | 1.25 | |
| 11/19/2019 | Discovery Motions | edit opp to stay motion | 0.50 | |
| 12/30/2019 | Discovery Motions | research whether pending motion for protective order is a defense to a motion to compel production of documents | 0.50 | |
| 1/2/2020 | Discovery Motions | telephone call with opposing counsel re motion to compel production | 0.25 | |
| 1/8/2020 | Discovery Motions | research cases on motion to compel | 0.50 | |
| 1/10/2020 | Discovery Motions | review and edit draft motion to compel | 1.00 | |
| 2/14/2020 | Discovery Motions | telephone call with MB re refusal to appear and motion to compel | 0.25 | 4.25 |
| 10/24/2019 | Document Discovery | research new violations in quarterly reports; draft 26a1 disclosures, telephone call with MB and DT re strategy for 26f conference and pretrial schedule | 1.50 | |
| 10/25/2019 | Document Discovery | 26f conference call with counsel | 0.50 | |
| 10/31/2019 | Document Discovery | draft doc requests | 0.50 | |
| 11/18/2019 | Document Discovery | assemble documents for 26a1 disclosures | 0.50 | |

Hecker Hours

| Date | Category | Description | Hours | Total |
|---|---|---|---|---|
| 3/6/2020 | Document Discovery | download and review supp doc response | 0.50 | |
| 3/11/2020 | Document Discovery | review D's doc prod: 1.5-outgoing emails; 1.75 incoming emails | 3.25 | |
| 3/13/2020 | Document Discovery | send doc cites to DT and MB for dep prep | 0.25 | |
| 3/24/2020 | Document Discovery | review final draft of our discovery response | 0.25 | |
| 7/14/2020 | Document Discovery | review new Bluestone doc prod | 0.25 | |
| 8/24/2020 | Document Discovery | review new doc production | 0.25 | 7.75 |
| 8/12/2019 | Motion to Dismiss | research law on preclusive effect of prior consent decree imposing stipulated penalties | 1.75 | |
| 8/13/2019 | Motion to Dismiss | research law on preclusive effect of prior consent decree imposing stipulated penalties | 4.00 | |
| 8/14/2019 | Motion to Dismiss | research and draft opp to preclusion argument based on prior 2016 US consent decree | 3.00 | |
| 9/13/2019 | Motion to Dismiss | draft and file pro hac applications with court and WV Bar | 0.50 | |
| 9/16/2019 | Motion to Dismiss | check for new DMRs and analyze new violations | 0.25 | |
| 9/17/2019 | Motion to Dismiss | research and draft response to preclusion arguments | 2.25 | |
| 9/18/2019 | Motion to Dismiss | research and draft response to preclusion arguments | 3.25 | |
| 9/19/2019 | Motion to Dismiss | research and draft response to preclusion arguments | 3.00 | |
| 9/20/2019 | Motion to Dismiss | research and draft response to preclusion arguments | 2.75 | |
| 9/23/2019 | Motion to Dismiss | revise draft of preclusion argument | 0.75 | |
| 9/24/2019 | Motion to Dismiss | research and draft preclusion arguments | 2.25 | |
| 9/30/2019 | Motion to Dismiss | review D's brief; research and draft standing argument in opp | 2.75 | |
| 10/1/2019 | Motion to Dismiss | draft standing argument; research quarterly reports, create table of violations, calculate stip penalties assessed; telephone call with DT and MB re strategy and arguments for opp brief | 3.25 | |
| 10/2/2019 | Motion to Dismiss | create violation list based on quarterly reports (3.5); revisions to draft brief (1.25) | 4.75 | |
| 10/3/2019 | Motion to Dismiss | research preclusion cases; revise draft opp | 2.00 | |
| 10/4/2019 | Motion to Dismiss | draft standard of review section (0.25); review DT edits to my draft (0.75) | 1.00 | |
| 10/9/2019 | Motion to Dismiss | proof opp brief prior to filing | 0.25 | 37.75 |
| 1/14/2020 | Experts | research selenium treatment studies with per gallon cost info | 0.50 | |
| 1/24/2020 | Experts | review D's document production for economic benefit-related materials; calculate flow values; telephone call with MB re strategy for expert report | 1.75 | |
| 1/27/2020 | Experts | analyze Bluestone economic benefit assumpions for BEN model | | |
| 1/28/2020 | Experts | telephone call with Schefftz about his economic benefit report and what assumptions to make | 0.75 | |
| 2/10/2020 | Experts | review Schefftz expert report | 0.25 | |
| 2/14/2020 | Experts | telephone call with Shefftz re comments on draft expert report | 1.00 | |
| 2/21/2020 | Experts | telephone call with MB, DT, and JL re post-deposition strategy and expert reports; email docs to Schneiter re expert report | 1.75 | |
| 2/26/2020 | Experts | email to Schneiter re edits to expert report | 0.25 | |
| 2/27/2020 | Experts | Edit Schefftz expert report | 0.50 | |

Hecker Hours

| | | | | |
|---|---|---|---|---|
| 3/26/2020 | Experts | review Doss expert report; telephone call with co-counsel re strategy for rebuttal and settlement | 1.00 | |
| 3/27/2020 | Experts | telephone call with Schneiter re strategy for rebuttal report | 0.50 | |
| 3/30/2020 | Experts | review Schneiter rebuttal report | 0.50 | |
| 4/2/2020 | Experts | edit Schneiter's draft expert report | 1.00 | |
| 4/3/2020 | Experts | emails re Schneiter's rebuttal report changes | 0.75 | |
| 4/15/2020 | Experts | telephone call with MB re Doss depo strategy | 0.25 | |
| 4/16/2020 | Experts | call with co-counsel re Doss dep strategy; listen to Doss dep and send questions to MB | 4.75 | |
| 4/17/2020 | Experts | telephone call with Schnieter re depo strategy | 0.50 | |
| 9/2/2020 | Experts | listen to Lusk deposition | 1.25 | 17.25 |
| 8/25/2020 | Motion to Exclude | telephone call with DT and MB re motion to exclude new docs | 0.25 | |
| 9/3/2020 | Motion to Exclude | telephone call with MB re motion to exclude; review and edit draft of motion | 1.00 | |
| 9/25/2020 | Motion to Exclude | edit draft reply on motion to exclude | 0.25 | 1.50 |
| 9/4/2020 | Motion to Stay | review D's stay motion; telephone call with DT and MB re strategy; research opp brief issues re preclusion and stays | 3.00 | |
| 9/8/2020 | Motion to Stay | edit stay opp brief | 3.75 | |
| 9/9/2020 | Motion to Stay | telephone call with MB and DT re strategy for stay opp brief; research and draft argument on stipulated penalties; review and edit DT redraft | 3.50 | |
| 9/16/2020 | Motion to Stay | review Ds' stay reply brief; review and edit draft surreply | 1.50 | |
| 9/17/2020 | Motion to Stay | edit draft surreply | 0.25 | |
| 9/22/2020 | Motion to Stay | email to DT re strategy for stay argument | 0.25 | |
| 10/6/2020 | Motion to Stay | review court order denying stay; email to co-counsel re commenting on ACO | 0.50 | |
| 7/27/2020 | Motion to Stay | review draft response to D's motion for continuance | 0.25 | 13.00 |
| 6/17/2020 | Pretrial | telephone call with JL, DT and MB re trial strategy | 0.50 | |
| 7/8/2020 | Pretrial | review 26a3 disclosures | 0.50 | |
| 7/9/2020 | Pretrial | draft Ps' portion of pretrial order | 2.00 | |
| 7/15/2020 | Pretrial | analyze new chart from Bluestone; calculate unassessed and unpaid stip penalties for Se violations; research mootness issue related to new draft permit | 1.75 | |
| 7/22/2020 | Pretrial | review Ds pretrial order portion; email to MB and DT re strategy for trial | 0.50 | |
| 7/23/2020 | Pretrial | telephone call with DT and MB re trial strategy and whether to object to new documents and witness | 1.25 | |
| 7/28/2020 | Pretrial | legal research cases on mootness for post-complaint compliance | 0.50 | |
| 7/29/2020 | Pretrial | strategy call with co-counsel re D's supplementation of discovery responses, settlement strategy, and next steps for trial prep | 0.75 | |
| 9/1/2020 | Pretrial | telephone call with co-counsel re penalty strategy for trial | 0.25 | 8.00 |
| 7/17/2020 | Proposed Findings | draft proposed findings and conclusions; research restorative and compensatory equitable relief | 4.00 | |
| 7/27/2020 | Proposed Findings | revise draft of proposed findings and conclusions | 1.25 | |
| 7/30/2020 | Proposed Findings | revise proposed findings and conclusions; download and update list with recent 2d Quarter 2020 DMRs | 1.25 | |
| 7/31/2020 | Proposed Findings | update and revise proposed findings and conclusions to reflect new DMR violations and increased penalties | 0.75 | |

Hecker Hours

| Date | Category | Description | Hours | Total |
|---|---|---|---|---|
| 9/3/2020 | Proposed Findings | edit proposed findings and conclusions | 1.25 | |
| 10/7/2020 | Proposed Findings | organize exhibits for trial (3.0); prep call with Shefftz (1.0) | 4.00 | |
| 10/8/2020 | Proposed Findings | organize trial exhibits (1.0); draft supplemental 26a3 disclosures (.75); edit findings and conclusions (1.25) | 3.00 | |
| 10/9/2020 | Proposed Findings | edit findings and conclusions; review Shefftz draft testimony; prep call with Schneiter; prep call with Shefftz | 2.50 | |
| 10/12/2020 | Proposed Findings | revise Bluestone findings and conclusions to include D's new violation list and violations in Aug and Sept 2020; recalculate statutory maximum and requested penalties | 1.50 | 19.50 |
| 6/30/2020 | Settlement | analyze settlement considerations for call tomorrow with D; email co-counsel with my analysis | 1.25 | |
| 7/1/2020 | Settlement | research recent settlement with U.S. for MSHA fines and payment schedule re ability to pay; telephone call with co-counsel re settlement strategy and opening offer | 0.75 | |
| 10/13/2020 | Settlement | telephone call with DT and MB re settlement proposal and counteroffer | 0.50 | |
| 10/14/2020 | Settlement | organize my hours for fee request | 0.25 | |
| 10/19/2020 | Settlement | edit draft CD | 0.50 | |
| 10/30/2020 | Settlement | review CD v. 2.0 | 0.25 | 3.50 |
| 3/17/2020 | SJ Motions | review Savage declaration for standing | 0.25 | |
| 4/20/2020 | SJ Motions | research and draft SJ brief; update viol list | 2.25 | |
| 4/21/2020 | SJ Motions | research and draft SJ brief | 1.75 | |
| 4/23/2020 | SJ Motions | research and draft liability section of brief | 2.00 | |
| 4/27/2020 | SJ Motions | research and draft SMCRA argument | 2.00 | |
| 4/30/2020 | SJ Motions | edit brief; organize exhibits; assemble updated DMRs; update violation list | 2.75 | |
| 5/1/2020 | SJ Motions | revise SJ brief; organize exhibits; proof violation list based on DMRs and quarterly reports | 1.75 | |
| 5/4/2020 | SJ Motions | review DT edits; read Doss dep and add excerpts to brief, organize SJ exhibits, draft my decl as exhibit | 2.50 | |
| 5/7/2020 | SJ Motions | update brief, motion and exhibits to incorporate 1st quarter violation report | 1.25 | |
| 5/11/2020 | SJ Motions | review D's SJ brief; calculate unpenalized violations; update violation list | 3.00 | |
| 5/12/2020 | SJ Motions | research and draft opp brief--legal arguments (3.25); fact and diligence arguments (1.75) | 5.00 | |
| 5/13/2020 | SJ Motions | research and edit SJ opp brief | 3.00 | |
| 5/14/2020 | SJ Motions | research and draft SJ opp brief, economic benefit issue | 0.75 | |
| 5/15/2020 | SJ Motions | review DT edits to SJ opp brief | 0.25 | |
| 5/18/2020 | SJ Motions | revise opp brief to add argument re permit modification; review DT edits to draft | 1.00 | |
| 5/22/2020 | SJ Motions | emails to DT re final corrections to brief | 0.25 | |
| 7/27/2020 | SJ Motions | read court SJ decision; email to co-counsel re next steps | 0.50 | 30.25 |
| 1/14/2021 | Attorneys' Fees | draft fee memo | 1.00 | |
| 1/15/2021 | Attorneys' Fees | draft fee memo and declaration and organize hours into categories | 2.50 | |
| 1/16/2021 | Attorneys' Fees | finish declaration in support of fees and costs | 0.50 | 4.00 |
| | | | 167.25 | |

**11:47 AM**
**01/21/21**
**Accrual Basis**

# Public Justice, P.C.
# OVEC v. Bluestone Coal Corp.
*All Transactions*

| Date | Source Name | Memo | | Amount |
|------|-------------|------|---|--------|
| 08/31/2019 | West Payment Center | Case Research August 1-August 31, 2019 | $ | 2.02 |
| 09/13/2019 | James Hecker | Pro hac vice fee | $ | 50.00 |
| 09/13/2019 | James Hecker | WV Bar fee | $ | 358.00 |
| 11/30/2019 | West Payment Center | Case Researc November 1- November 30 2019 | $ | 8.85 |
| 12/31/2019 | West Payment Center | Case Research - December 1-31, 2019 | $ | 74.04 |
| 01/31/2020 | West Payment Center | Case Research 1/1-1/31/2020 | $ | 4.36 |
| 02/28/2020 | West Payment Center | Case Research - February 1 - February 28,2020 | $ | 18.88 |
| 04/30/2020 | West Payment Center | Case Cost  - April 1 - 30, 2020 | $ | 12.86 |
| 05/31/2020 | West Payment Center | Case Research - May 1 - May 31, 2020 | $ | 25.56 |
| 06/30/2020 | West Payment Center | Case Research June 1-30, 2020 | $ | 6.61 |
| 07/31/2020 | West Payment Center | Case Research July 1 - July 31, 2020 | $ | 31.83 |
| 09/30/2020 | West Payment Center | Case Research 9/1 - 9/30/2020 | $ | 58.15 |
| 10/31/2020 | West Payment Center | Case Research - October 1 - 31, 2020 | $ | 8.80 |
| | | | $ | 659.96 |
| | | | **$** | **659.96** |