IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD DIVISION

**WEST VIRGINIA HIGHLANDS
CONSERVANCY, APPALACHIAN
VOICES, and THE SIERRA CLUB,**

      **Plaintiffs,**

    **v.**                                      Civil Action No. 1:19-cv-00576

**BLUESTONE COAL CORPORATION,**

      **Defendant.**

**JOINT MOTION TO ENTER FIRST ADDENDUM TO THE CONSENT DECREE**

Pursuant to Paragraph 40 of the Consent Decree in this action (CM/ECF #115), Plaintiffs and Defendant jointly request that the Court sign and enter the attached First Addendum to the Consent Decree, for the reasons set forth in that addendum.

Respectfully submitted,

/s/ Derek O. Teaney

DEREK O. TEANEY (WVBN 10223)
APPALACHIAN MOUNTAIN ADVOCATES, INC.
PO Box 507
Lewisburg, WV 24901
Telephone:   (304) 793-9007
Email:        dteaney@appalmad.org
*Counsel for Plaintiffs*

BENJAMIN BRYANT (WVBN 520)
CAREY, DOUGLAS, KESSLER & RUBY, PLLC
PO Box 913
Charleston, WV 25323
Telephone:   (304)345-1234
Email:        sbbryant@cdkrlaw.com
*Counsel for Defendant*